<table>
<tr><td colspan="2"><strong>Fill in this information to identify your case:</strong></td></tr>
</table>

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy        4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | ATopTech, Inc. |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 14-1881945 |

4. Debtor's address

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 2111 Tasman Avenue<br>Santa Clara, CA 95054<br>Number, Street, City, State & ZIP Code | <br><br>P.O. Box, Number, Street, City, State & ZIP Code |
| Santa Clara<br>County | **Location of principal assets, if different from principal place of business**<br>2111 Tasman Avenue Santa Clara, CA 95054<br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | http://www.atoptech.com |

6. Type of debtor

    ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

    ☐ Partnership (excluding LLP)

    ☐ Other. Specify: _____

Debtor     ATopTech, Inc.                                  Case number *(if known)* _____
               Name

---

**7. Describe debtor's business**

**A.** *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

**B.** *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District _____ | | When _____ | | Case number _____ | |
| District _____ | | When _____ | | Case number _____ | |

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor _____ | | | Relationship _____ |
|---|---|---|---|
| District _____ | | When _____ | Case number, if known _____ |

---

Debtor    **ATopTech, Inc.**                                    Case number *(if known)* _____
          Name

---

**11. Why is the case filed in this district?**

*Check all that apply:*

- ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

  What is the hazard? _____

- ☐ It needs to be physically secured or protected from the weather.

- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

- ☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency    _____

          Contact name        _____

          Phone               _____

---

### ▮ Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

- ☑ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☑ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☑ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☑ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor   __ATopTech, Inc._____          Case number (*if known*) _____
                Name

■■■■   **Request for Relief, Declaration, and Signatures**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   __January 13 2017__
                     MM / DD / YYYY

X _____          **Claudia Chen**
   Signature of authorized representative of debtor          Printed name

Title  **Vice President, Finance**

**18. Signature of attorney**   X _____   Date **January 13 2017**
                                        Signature of attorney for debtor                      MM / DD / YYYY

**Robert W. Mallard**
Printed name

**Dorsey & Whitney LLP**
Firm name

**300 Delaware Avenue, Suite 1010**
**Wilmington, DE 19801**
Number, Street, City, State & ZIP Code

Contact phone   **(302) 425-7164**       Email address   **mallard.robert@dorsey.com**

**(4279)**
Bar number and State

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ATopTech, Inc., | Case No. 17-_____ (___) |
| Debtor. | |

## LIST OF CREDITORS HOLDING
## TWENTY (20) LARGEST UNSECURED CLAIMS

Following is the list of the above-captioned Debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest claims. The information contained herein shall not constitute an admission of liability by, nor shall it be binding on, the Debtor. The information contained herein, including the failure of the Debtor to list any claim as contingent, unliquidated or disputed, does not constitute a waiver of the Debtor's right to contest the validity, priority or amount of any claim.

1

Fill in this information to identify the case:

Debtor name   **ATopTech, Inc.**

United States Bankruptcy Court for the:   **DISTRICT OF DELAWARE**

Case number (if known): _____

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Synopsys, Inc. 690 E Middlefield Rd. Mountain View, CA 94043 | | District Court action jury award | Contingent Unliquidated Disputed | | | $30,400,000.00 |
| Arnold & Porter LLP P.O. Box 759451 Baltimore, MD 21275-9451 | | Legal Fees | | | | $2,713,844.85 |
| Tasman East Parcel 56 Owner LLC 621 Capital Mall Sacramento, CA 95814 | | Real Property Lease Agreement | Contingent | | | $300,631.00 |
| Taipei City's Farmers Association 14F, No. 390, Sec. 1, Fuxing South Rd. Taipei, Taiwan | | Real Property Lease Agreement Taipei Office: No. 149, Sec. 3, Xinyi Road, Taipei, Taiwan | Contingent | | | $95,100.00 |
| John Cooley PO Box 6222 DEEP-161228-01 Holliston, MA 01746-6222 | | Trade Debt | | | | $55,000.00 |
| Zhi-Xun Zhuang 386, Gao Fong Road Hsinchu City, Taiwan | | Real Property Lease Agreement Hsinchu Office: 10F-2, No. 229, Fuxing Second Road, Zhubei City, Hsinchu County, Taiwan | Contingent | | | $26,020.88 |
| Mingsheng Han 43534 Southerland Way Fremont, CA 94539 | | Wages and PTO accrual exceeding priority limit | | | | $18,514.14 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                                          Best Case Bankruptcy

Debtor   **ATopTech, Inc.**
_____     Case number *(if known)*   _____
          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Lok Sang Chen 43389 Jerome Ave. Fremont, CA 94539 | | Wages and PTO accrual exceeding priority limit | | | | $17,506.52 |
| Biing-Horng Liou 1703 Fumia Dr. San Jose, CA 95131 | | Wages & PTO accural exceeding priority limit | | | | $17,277.10 |
| Michael Trapp 16714 Sequoia St. Fountain Valley, CA 92708 | | Wages and PTO accrual exceeding priority limit | | | | $17,180.95 |
| Jianjun Wang 2816 Alice Ct. Fremont, CA 94539 | | Wages & PTO accural exceeding priority limit | | | | $17,089.55 |
| Je Cho 334 Polaris Ter Sunnyvale, CA 94086 | | Wages & PTO accural exceeding priority limit | | | | $16,744.62 |
| Dennis Shumaker 1003 Madera Court Allen, TX 75013 | | Wages & PTO accural exceeding priority limit | | | | $16,307.14 |
| Zhong Chen 1588 Shore Drive San Jose, CA 95131 | | Wages and PTO accrual exceeding priority limit | | | | $15,395.00 |
| Yang Wu 27227 Black Mountain Rd. Los Altos Hills, CA 94022 | | Wages and PTO accrual exceeding priority limit | | | | $15,123.40 |
| Pingang Wang 481 Norwood Circle Santa Clara, CA 95051 | | Wages and PTO accrual exceeding priority limit | | | | $14,891.16 |
| Fuliang Bian 1168 Wenig Ct. Pleasanton, CA 94566 | | Wages & PTO accural exceeding priority limit | | | | $14,770.28 |
| Stephen Deng 1942 Cambridge Dr. Mountain View, CA 94043 | | Wages and PTO accrual exceeding priority limit | | | | $14,537.57 |
| Thompson Gee 3329 Kestrel Place Fremont, CA 94555 | | Wages and PTO accrual exceeding priority limit | | | | $13,789.90 |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| ATopTech, Inc., | Case No. _____ ( ) |
| Debtor. | |

### CERTIFICATION CONCERNING LIST OF CREDITORS
### HOLDING TWENTY (20) LARGEST UNSECURED CLAIMS

The above-captioned debtor and debtor-in-possession (the "Debtor") hereby certifies under

penalty of perjury that the *List of Creditors Holding the Twenty (20) Largest Unsecured Claims* (the

"Top 20 List"), submitted herewith, is complete, and to the best of the Debtor's knowledge, correct

and consistent with Debtor's books and records.

The information contained herein is based upon a review of the Debtor's books and records.

However, no comprehensive legal and/or factual investigations with regard to possible defenses to

any claims set forth in the Top 20 List have been completed. Therefore, the listing does not and

should not be deemed to constitute: (1) waiver of any defense to any listed claims; (2) an

acknowledgement of the allowability of any listed claims; and/or (3) a waiver of any other right or

legal position of the Debtor.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 13th day of January, 2017.

Signature: _____
By:        Claudia Chen
Title:     Vice President, Finance

## UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| **ATOPTECH, INC.,** | Case No. _____ ( ___ ) |
| Debtor.[1] | |

### CERTIFICATION CONCERNING EQUITY SECURITY HOLDERS

The above-captioned case debtor and debtor-in-possession (the "Debtor") hereby certifies under penalty of perjury that the list submitted herewith attached hereto as **Exhibit "A"**, pursuant to Local Rule 1007-1(a) of the Bankruptcy Court for the District of Delaware, containing the List of Equity Security Holders of the Debtor, is complete and to the best of the Debtor's knowledge correct and consistent with the Debtor's books and records.

I declare under penalty of perjury that the forgoing is true and correct to the best of my information and belief.

Executed this 13th day of January 2017

Signature: _____
By:        Claudia Chen
Title:     Vice President, Finance

---

[1] The last four digits of the Debtor's federal tax identification number are 1945. The Debtor's headquarters and mailing address is 2111 Tasman Avenue, Santa Clara, California 95054.

1

## List of Equity Security Holder
### Exhibit "A"

| Last Name | First Name | Mailing Address | Common - Common | Preferred - Series A Outstanding | Preferred - Series B Outstanding | ATOPTECH 2003 Stock Plan |
|---|---|---|---|---|---|---|
| 698 Capital Acorn Asia Limited | N/A | 41/F Central Plaza, 18 Harbour Road Wanchai, Hong Kong Hong Kong SAR China | | | 93,737 | |
| Agrahara | Gopinath | No 19 2nd main 2nd cross Ramanjaneya Nagar, Chikkalasandra Bengalore  560070 India | | | | 12,000 |
| Akavarapu | Amarnadh | #757 Gangamma Temple Road, Raj Palyam, Hoodi, Near Bajaj Showroom Bangalore  560048 India | | | | 2,500 |
| Amarjit & Rosa Gill Family Trust | N/A | 22179 Hammond Way Cupertino CA  95014 United States | | 38,598 | 12,326 | |
| Araki | Etsuto | Higashi 8-801, 4-3-1, Ryokuen, Izumi-Ku, Yokohama Kanagawa Japan | 160,000 | | | 70,000 |
| Baek | Chang-Ki | #210-104, Apt. 181 Seohyeon-ro, Bundang-gu, Sungnam-si, Gyeonggi-Do South Korea | | | | 16,000 |
| Bagmar | Deepesh | Apt. 150 251 Brandon St San Jose CA  95134 United States | 1,875 | | | 3,125 |
| Bai | Geng | 47477 Hoyt St. Fremont CA  94539 United States | 163,951 | | | 141,049 |
| Bailey | Marc | 5781 Stresemann St San Diego CA  92122 United States | | | | 20,000 |

11/10/2016

## List of Equity Security Holder
### Exhibit "A"

| | | | | | | |
|---|---|---|---|---|---|---|
| Bennett | Robert | 2898 Rancho Pancho Carlsbad CA 92009 United States | | | | 35,000 |
| Berger | Mark | 2715 Bonnie Dr. Santa Clara CA 95051 United States | 26,875 | | | |
| Bian | Fuliang | 1168 Wenig Ct. Pleasanton CA 94566 United States | 122,625 | | | 34,375 |
| Burstein | Michael | 22611 Poppy Drive, Cupertino CA 95014 United States | | | | 50,000 |
| Camino Del Oro, LLC | N/A | 5801 Pelican Bay Blvd #104 Naples FL 34108 United States | | 19,299 | 6,163 | |
| Cascade Capital Management, LLC | N/A | Zhongshan Dist 7F., No. 36, Ln. 48, Sec. 3, Nanjing E. Rd. Taipei City, Taiwan ROC 00104 Taiwan | | 525,215 | 260,123 | |
| Chada | Vishnu | 444 Saratoga Avenue, #3-i Santa Clara CA 95050 United States | 20,521 | | | 14,479 |
| Chang | Anthony | 5F., No.198, Jianguo Rd., Yingge Dist., New Taipei City 239, Tai New Taipei City Taiwan | | | | 20,000 |
| Chang | Arton Hsin-Wei | No. 10, Jianmin St., Zhongshan Dist., Keelung City Taiwan | | | | 12,000 |
| Chang | Christine | 9F-1, No.5, Lane 141, Kung Ning Rd. Shi Ji City, NA 00000 Taiwan | 15,000 | | | |
| Chang | Chwen-Cher | 800 Wooded Hills Court Fremont CA 94539 United States | 21,667 | | | 61,933 |
| Chang | Frank Chen-Feng | No 59-2, 5F, Musin rd., Sec. 2, Wenshen District Taipei Taiwan | 22,063 | | | 6,937 |

## List of Equity Security Holder
## Exhibit "A"

| | | | | | | |
|---|---|---|---|---|---|---|
| Chang | MIN-Hua | 21836 Monte Court Cupertino CA  95014 United States | | | 50,000 | |
| Chang | Yu-Hsu Henry | 21720 Rainbow Dr. Cupertino CA  95014 United States | 223,750 | | | 126,250 |
| Chang-Chien | Cynthia | No. 6, Ln, 46, Zhongshan E. Rd. Fengshan Dist. Kaohsiung  830 Taiwan | 7,917 | | | 7,083 |
| Chao | Kaiyuan | 2746 NW Talamore Terrace Portland OR  97229 United States | 10,000 | | | |
| Chao | Nicole | 2050 Royal Dr. Apt. 32 Santa Clara CA  95050 United States | | | | 24,000 |
| Charcos | Ivan | 769 Salt Lake Dr. San Jose CA  95133 United States | | | | 10,000 |
| Che Family Trust | N/A | 19976 Price Ave Cupertino CA  95014 United States | | 19,299 | 15,537 | |
| Chen | Brian | 10F, No. 105, Sec.3, He-Ping East Rd. Taipei, NA  00000 Taiwan | 40,000 | | | |
| Chen | Chien-Chih Leo | 11F, No.7, Ln. 19, Guanxin Rd., East Dist. Hsinchu City, NA 00000 Taiwan | 11,300 | | | |
| Chen | Chih-Yuan Joseph | 20436 Via Palamas Cupertino CA  95014 United States | 205,000 | | | 108,000 |
| Chen | Claudia | 20160 Chateau Drive Saratoga CA  95070 United States | 142,208 | | | 161,500 |
| Chen | Duan-Ping | 1303 Peralta Ct. San Jose CA  95120 United States | | 184,210 | 128,572 | |
| Chen | Frank | No. 3, Alley 50, Lane 258, Mayuan 3rd Rod. Zhubei City, Hsienchu County 30266 Taiwan | 7,167 | | | 6,833 |

11/10/2016

## List of Equity Security Holder
## Exhibit "A"

| | | | | | | |
|---|---|---|---|---|---|---|
| Chen | Fu-Tzu | 21836 Monte Court Cupertino CA 95014 United States | | | 50,000 | |
| Chen | Kuang-chien | 20160 Chateau Drive Saratoga CA 95070 United States | 36,292 | | | |
| Chen | Lok Sang | 43389 Jerome Ave. Fremont CA 94536 United States | 350,000 | | | 45,000 |
| Chen | Shun-Tang | 5,Alley 11, Lane 242 Xinsheng Street Zhonghe Dist., New Taipei City 23549 Taiwan | 60,000 | | | |
| Chen | Wufu | 10566 Blandor Way, Los Altos CA 94024 United States | | | | 200,000 |
| Chen | Yu-Chen Sophie | No.20, Lane 51, Xianzheng 12th St. Yilan City, Yilan County 260 Taiwan | 3,167 | | | 4,833 |
| Chen | Zack | 2F.-8, No.8, Aly. 41, Ln. 485, Kaiyuan Rd., North Dist. Tainan City 704 Taiwan | 3,833 | | | |
| Chen | Zhong | 1588 Shore Drive San Jose CA 95131 United States | 129,000 | | | 101,000 |
| Cheng | Chihliang Eric | 41 Mission Cielo Ave. Fremont CA 94539 United States | 63,333 | | | |
| Cheng | Lily | 5099 Forest View Dr. San Jose CA 95129 United States | 58,750 | | | 28,250 |
| Cheng | Simon Taikwei | 11757 Pine Brook Ct. Cupertino CA 95014 United States | | 131,578 | | |
| Chern | Jue-Hsien | 1325 Villa Dr. Los Altos CA 94024 United States | 2,050,000 | | | 250,000 |
| Chiang | Feng-yi Winston | No. 23, Alley 30, Lane 10, Zhongshan Rd. Zhubei Taiwan | 24,000 | | | 4,000 |

11/10/2016

## List of Equity Security Holder
### Exhibit "A"

| | | | | | | |
|---|---|---|---|---|---|---|
| Chien | Tzuo-Fan | 13F-2, No.3, Ln. 28, Sec. 2, Sinsheng N. Rd., Jhongshan Dist. Taipei, NA  00000 Taiwan | 12,167 | | | |
| Chiou | San-San | 1745 Pilgrim Avenue Mountain View CA 94040 United States | | | 6,171 | |
| Chiu | Freeman | 2831 Old Estates Ct. San Jose CA  95135 United States | | | | 40,000 |
| Cho | Je | 334 Polaris Ter Sunnyvale CA  94086 United States | 41,667 | | | 48,333 |
| Cho | Yun-Chung Eric | 20401 Kirkmont Dr. Saratoga CA  95070 United States | 180,000 | | | |
| Choi | Joeng Guk | #205-704, Minsok Maeul Sinchang Missionhill, Apt. 33, Saeun-ro, 126 beon-gil, Giheung-gu, Yongin-si, Gyeonggi-Do 17079 South Korea | | | | 8,000 |
| Chou | Ming-Chih | Xinyi Dist No 66-1, Song-qin St Taipei City, Taiwan ROC  00110 Taiwan | | 19,299 | 6,163 | |
| Claremont Profits Limited | N/A | 95-23, Section 2, Hsi-Tun Road Taichung, CA Taiwan | | | 1,000,000 | |
| Darji | Rajiv | 1745 Nantucket Circle #166 Santa Clara CA  95054 United States | | | | 72,000 |
| Dash | Biswanath | Raja Marathahalli, Munikalal Bangalore  560037 India | | | | 2,500 |
| David Peng and Ying Peng TTEE, The Peng Family Trust, DTD 8/6/97 | N/A | 22575 Salem Ave. Cupertino CA  95014 United States | | 526,315 | 142,858 | |
| Davu | Srigowri | 2147 Briarwood Dr. Santa Clara CA  95051 United States | 10,917 | | | |

## List of Equity Security Holder
### Exhibit "A"

| | | | | | | |
|---|---|---|---|---|---|---|
| Deng | Stephen | 1942 Cambridge Drive Mountain View CA 94043 United States | 60,000 | | 428,572 | 211,000 |
| Desai | Girish | # 245, Royal County J P Nagar 8th Phase, Near Jambu Savari Dinne Bangalore  560076 India | | | | 22,000 |
| Dobberpuhl Family 2001 Trust | N/A | 113 Via Del Milargo Monterey CA  93940 United States | | 38,598 | 12,326 | |
| Dragon Investment Fund I Co. | Ltd. | 7F, No. 122, Dunhua N. Rd. Taipei, CA  10595 Taiwan | | | 2,857,143 | |
| Fang | Odysseus | 301 Starlite Way Fremont CA  94539 United States | 46,000 | | | 38,000 |
| Fu | Fred | 20135 Northwind SQ. Cupertino CA  95014 United States | | | | 67,200 |
| Fu | So-Chung Fred | 20135 Northwind Square Cupertino CA  95014 United States | 63,958 | | | |
| Fu-Yuan Lin 1996 Trust | N/A | 21468 Continental Circle Saratoga CA  95070 United States | | 5,514 | 2,386 | |
| Gee | Thompson | 3329 Kestrel Place Fremont CA  94555 United States | 48,333 | | | 16,667 |
| Geocaris | Thomas | 401 Woodside Terrace Lakeway TX  78738 United States | 136,000 | | | 32,000 |
| Gokhale | Vaibhav | 755 E. Capitol Ave., Unit C 201 Milpitas CA  95053 United States | 9,500 | | | |
| Gondhi | Anantha | # 204/4, MM Residency, Kanthamma Layout Panathur Main Road Bangalore  560103 India | | | | 3,750 |

11/10/2016

## List of Equity Security Holder
### Exhibit "A"

| | | | | | |
|---|---|---|---|---|---|
| Gong | Chih-Chien Jerry | 21836 Monte Court Cupertino CA 95014 United States | | | 70,000 |
| Gong | Joanne | 21836 Monte Court Cupertino CA 95014 United States | | | 200,000 |
| Gong | Mingfu | 4675 Norris Rd Fremont CA 94536 United States | 58,333 | | |
| Gong | Yuh-Tyng | 21836 Monte Court Cupertino CA 95014 United States | | | 50,000 |
| Gude | Raghuram | # 353/25, 1st Floor, Nagaraj Layout, Panathur Main Road Kadubeesanahalli, Bangalore 560103 India | | | | 4,500 |
| Gurram | Venkat | # 104, Anand Nagar, Marathahalli Bangalore 560037 India | | | | 2,500 |
| H&P Venture Capital Investment Corporation | N/A | 10F., No. 172, Sec. 2, Minsheng E. Rd., Taipei 104, Taiwan | | | 714,286 |
| Han | Mingsheng | 43534 Southerland Way Fremont CA 94539 United States | 200,000 | | | 300,000 |
| Han Family 1996 Revocable Trust | N/A | 20846 Dunbar Drive Cupertino CA 95014 United States | | 64,331 | 20,543 |
| HanTech International Venture Capital Corp. | N/A | 32F-1, 333 Keelung Road, Sec. 1 Taipei, CA 110 Taiwan | | | 1,428,572 |
| H Hi-Tech Investment Holdings, Ltd. | N/A | 11F-9 303 Tun-Hwa N. Rd Taipei, Taiwan Taiwan | | 19,299 | 6,163 |
| Ho | Hui-Shan | 9F-2, No.389, Sec.3, Taiwan Blvd. Taichung, CA Taiwan | | 265,000 | 100,000 |

## List of Equity Security Holder
### Exhibit "A"

| | | | | | | |
|---|---|---|---|---|---|---|
| Ho | Jan-Ming | 7F, #28, Alley 47, Lane 70<br>Sec. 2, Academia Rd., Nankang<br>Taipei, CA<br>Taiwan | | 395,000 | 150,000 | |
| Ho | Jan-Sheau | 11F, 333, Long-Jiang Road<br>Taipei, CA<br>Taiwan | | 265,000 | 100,000 | |
| Ho | Kent | 1923 Hollyview Dr.<br>San Ramon CA  94582<br>United States | 5,500 | | | |
| Ho | Sophy | 6619 Mount Royal Drive<br>San Jose CA  95120<br>United States | 17,562 | | | |
| Hsieh | Chang-Chao | 1588 Provincetown Dr.<br>San Jose CA  95129<br>United States | 396,000 | | 142,858 | 190,000 |
| Hsiung | Angela | 42638 Lerwick St.<br>Fremont CA  94539<br>United States | 4,000 | | | |
| Hsiung | Kou-Jung Bear | No.9, Ln. 179, Liujia 7th Rd.<br>Jhubei City, NA  00000<br>Taiwan | 13,750 | | | |
| Hsu | Tien-Chang | 4692 Wilcox Ave.<br>Santa Clara CA  95054<br>United States | | | | 35,000 |
| Hsu | Tzu-Hwa | 2-4, Lane 192. Syh-Wei Road<br>Taipei, Taiwan  00106<br>Taiwan | | 2,316 | 740 | |
| Hu | Jackson | 58 Marymont Ave.<br>Atherton CA  94027<br>United States | 300,000 | | | 200,000 |
| Huang | Felix | 1830 Tambour Way<br>San Jose CA  95131<br>United States | 21,667 | | | |
| Huang | Jung-Fa | Sec. 2, Nei-Hu Rd<br>7F No. 48-4, Lane 103<br>Taipei, Taiwan<br>Taiwan | | 19,299 | 6,163 | |
| Huang | Ming-Mo, George | 3F., No.61, Ln. 19, Guanxin Rd., East Dist., Hsinchu City 300<br>Hsin-Chu City<br>Taiwan | 2,250 | | | 6,750 |

## List of Equity Security Holder
## Exhibit "A"

| Huang | Zhijun Jerry | 10221 Parish Place<br>Cupertino CA 95014<br>United States | 45,833 | | | |
|-------|-------|-------|-------|-------|-------|-------|
| Hwang | Tien-Lai | 1266 Avenida Benito<br>San Jose CA 95131<br>United States | | | 6,171 | |
| Industrial Bank of Taiwan | N/A | 99, Sec. 2, Tiding Blvd.<br>Taipei, Taiwan<br>Taiwan | | 385,984 | 123,255 | |
| Jackson | Jackie | 708 Elder Cir.<br>Austin TX 78733<br>United States | 15,450 | | | 5,250 |
| Jamp | Joe | 251 Avalon Drive<br>Los Altos CA 94022<br>United States | | 30,000 | 14,286 | |
| Jamp | Patrick | 251 Avalon Drive<br>Los Altos CA 94022<br>United States | | 30,000 | 14,286 | |
| Jen | Tzu-Ping | 12F, 19, Alley 61, Lane<br>208, Ruei-An Street<br>Taipei, CA<br>Taiwan | | 150,000 | 40,000 | |
| Jiang | Zhanyuan Jerry | 590 Mill Creek Lane,<br>Apt. 204<br>Santa Clara CA 95054<br>United States | 33,229 | | | |
| Jyothi | Sai | 38 2nd Cross<br>Bangalore, NA 00000<br>India | 3,750 | | | |
| Kan | Tsang-Chi | 9F, No. 35, Lane 347,<br>Zhongzheng Rd.,<br>XinZhung Dist.<br>New Taipei City<br>Taiwan | 20,000 | | | 7,000 |
| Kao | Bennet | 352 Bonita Ave<br>San Jose CA 95116<br>United States | 10,000 | | | |
| Katkam | Radhika | # 139, 2nd Cross,<br>Aiyyappa Nagar,<br>Munnekollal,<br>Marathahalli<br>Bangalore 560037<br>India | | | | 2,500 |
| Ko | Jeffrey | No.39, Lih-Der East<br>Street<br>Taichung, NA 00000<br>Taiwan | | | | 11,600 |

## List of Equity Security Holder
### Exhibit "A"

| | | | | | | |
|---|---|---|---|---|---|---|
| Kothari | Alpesh | 1074 Cedar Lake Ct. Conroe TX 77384 United States | 103,125 | | | 16,875 |
| Kumar | Hemant | 10541 Stokes Ave. Cupertino CA 95014 United States | 36,667 | | | |
| Kumar | Vivek | 9115 judicial drive #4406 San Diego CA 92122 United States | 2,708 | | | |
| Kung-Li Kuo and Pi-Chu Kuowang | N/A | 44985 Cougar Circle Fremont CA 94539 United States | | 268,000 | 500,000 | |
| Kuo | Yu-Liang | 44985 Cougar Circle Freemont CA 94539 United States | | | 500,000 | |
| Lau | Johnson | 10829 Sycamore Court Cupertino CA 95014 United States | 15,833 | | | |
| Lee | Bosoon | #604-904, Donbu Centrevillr, Apt. 216 Sinbong 1-ro, Suji-gu, Yongin-City, Kyunggi-Do 16811 South Korea | | | | 20,000 |
| Lee | Kaiwin | 1220 Montclaire Way Los Altos CA 94024 United States | 2,000,000 | 263,157 | 214,286 | |
| Lee | Kwan-Thai | 4326 Marston Lane Santa Clara CA 95054 United States | 124,062 | | | |
| Lee | Min-Chu H. | P.O. Box 1-57, Nangang Taipei, CA 115 Taiwan | | 265,000 | 70,000 | |
| Lee | Ying Hsin | 4A, 314, Sec. 1, Tun Hwa S. Road Taipei, CA 100 Taiwan | | 30,000 | 40,000 | |
| Lemmer | Travis | 150 Stratton Ct Austin TX 78737 United States | | | | 45,000 |
| Li | Chi-Feng | No.113, Jiawei Rd. Qiaotou Dist. Kaohsiung City 82505 Taiwan | 17,375 | | | 1,625 |
| Li | Feng | 6909 Westmoor Way San Jose CA 95129 United States | 56,000 | | | 28,000 |

## List of Equity Security Holder
### Exhibit "A"

| | | | | | |
|---|---|---|---|---|---|
| Li | Jingsong | 4387 Mattos Dr.<br>Fremont CA 94536<br>United States | 22,900 | | 65,850 |
| Li | Richard | 120 Surrey Court<br>Milpitas CA 95035<br>United States | | | 10,000 |
| Li | Ying-Meng | 4285 Payne Ave<br>#700301<br>San Jose CA 95117<br>United States | 275,833 | | 69,167 |
| Li | Yunqing Fred | 10250 N. Foothill Blvd.<br>Cupertino CA 95014<br>United States | 114,583 | | |
| Liao | Stanley | No.28, Ln. 29, Songlin St.<br>Sinfong Township, NA 00000<br>Taiwan | 9,895 | | |
| Liao | Yuh-Zen | 13647 Old Tree Way<br>Saratoga CA 95070<br>United States | | 657,894 | 357,143 |
| Lin | Li-feng | 1606 Mission Springs Cir. San Jose, CA 95131<br>San Jose CA 95131<br>United States | 21,875 | | 11,325 |
| Lin | Shing-Tung | 7F., No.56, Qingnian Rd., Wanhua Dist.<br>Taipei 108<br>Taiwan | 8,333 | | 7,667 |
| Lin | Steven Shuo-Ren | 6F, No. 267, Linsen Rd, Fengshan Dist.<br>Kaohsiung City 830<br>Taiwan | 3,333 | | 4,667 |
| LINWU Limited Partnership | N/A | 21468 Continental Circle<br>Saratoga CA 95070<br>United States | | 77,197 | 24,651 |
| Liou | Biing-Horng | 1703 Fumia Dr.<br>San Jose CA 95131<br>United States | 63,333 | | 36,667 |
| Liou | Yih-June | No. 28, Alley 70, Lane 400, Ming-Hu Road<br>Hsinchu 300<br>Taiwan | 15,000 | | |

## List of Equity Security Holder
## Exhibit "A"

| Name | | Address | | | | |
|---|---|---|---|---|---|---|
| Lip-Bu Tan & Ysa Loo Trust | N/A | One California Street, 28th Floor San Francisco CA 94111 United States | 4,825 | | 1,541 | |
| Liu | I-Min | 19932 Merribrook Dr. Saratoga CA 95070 United States | 459,333 | | 142,858 | |
| Liu | James J.L. | 42622 Queens Park CT. Fremont CA 94538 United States | | 30,000 | | |
| Liu | Le-Chin Eugene | 57-4F, Ln311, Sec.2, Hoping E. Road Taipei, NA 00000 Taiwan | 20,000 | | | 110,000 |
| Liu | Lung-Chun | 13748 Lexington Court Saratoga CA 95070 United States | 10,000 | 78,947 | | 90,000 |
| Liu | Lung-Yuan | 13748 Lexington Court Saratoga CA 95070 United States | | | 71,430 | |
| Liu | Qinghua | 6496 Canterbury Ct. San Jose CA 95129 United States | 198,334 | | | |
| Liu | Rayxin | 1F., No.16, Ln. 279, Dongfeng Rd. Zhudong Township Hsinchu County 31051 Taiwan | 4,667 | | | |
| Liu | Shu-Hua Tammy | 19261 Harleigh Dr. Saratoga CA 95070 United States | 80,000 | | | 20,000 |
| Liu | Tai-Hung | 1410 Bretmoor Way San Jose CA 95129 United States | 250,000 | | | 237,000 |
| Liu-Lee Family Trust | N/A | 14598 Deer Spring Court Saratoga CA 95070 United States | | 57,898 | 18,488 | |
| LN Family Trust | N/A | PO Box 2008 Menlo Park CA 94025 United States | | 38,598 | 12,326 | |
| Lo | Abel Shi | 20963 Bowhill Ct. Saratoga CA 95070 United States | | 77,197 | 24,651 | |

## List of Equity Security Holder
### Exhibit "A"

| | | | | | |
|---|---|---|---|---|---|
| Lo | Christine Shih-Tze | Shih-Lin District 11, Alley 88, LN 25, Dong-Shan Road Taipei, Taiwan Taiwan | | 38,598 | 12,326 |
| Lo | Erica | 5F.-2, No.227,Chenggong 6th St Zhubei City Hsinchu County  302 Taiwan | 4,688 | | |
| Lu | Feng-Yuan | No.107-6, Baixi, Tongxiao Township, Miaoli County 357 Miaoli County Taiwan | | | 10,000 |
| Luan | Chyau-Kuem | 7F., No. 85 , Wenren St., Zhubei City  302 Taiwan | 10,250 | | 5,750 |
| Matsubayashi | Akira | 1-29-2-2C, Minami-ku, Minami-Ota Yokohama, NA  00000 Japan | 8,333 | | |
| Maung | Tinaung Daniel | 3241 Melendy Dr. San Carlos CA  94070 United States | 70,000 | | 94,000 |
| Mehfooz | Arshad | Flat # G-3, Yamunotri Apartments 3rd Main, G M Palya, New Thippasandra PO Bangalore  560075 India | | | 12,000 |
| Midya | Arpan | # 5, Block A, D S Max, Serenity, Madivala Roopena Agrahara, Bangalore  560068 India | | | 2,500 |
| Mitelman | Yackov | 1745 Noranda Dr Apt 2 Sunnyvale CA  94087 United States | | | 20,000 |
| Mizomichi | Kaori | 1-25-16, Shibusawa, Hadano-shi, Kanagawa, 259-1322 Japan | | | 2,000 |
| Mo | Dennis | 21836 Monte Court Cupertino CA  95014 United States | | 70,000 | |

## List of Equity Security Holder
### Exhibit "A"

| | | | | | | |
|---|---|---|---|---|---|---|
| Most | Zachary | 4801 Senora Creek Ct. Austin TX 78735 United States | | | | 20,000 |
| Mudalla | Navateja | # 13, Sri Balaji Residency, Green Glen Layout, Bellandur Bellandur, Bangalore 560103 India | | | | 3,750 |
| Muto | Nobumoto | 622-1, 2-107, Noppacho, Kouhoku Yokohama Japan | 37,500 | | | 12,500 |
| Nallabolu | Rajasekhar | # 25, Sri Lakshmi PG, Room # 101, Bajaji Enclave, Munnekula, Marathahalli Bangalore 560037 India | | | | 2,500 |
| Narayan | Lalith | 36043 Dering Pl Fremont CA 94536 United States | 41,334 | | | |
| Ni | Ling-Ya | No.19, Aly. 17, Ln. 96, Sec. 2, Heping E. Road Da'an District Taipei City 106 Taiwan | | | | 8,000 |
| Noppenberg | Cole | 11904 Snow Goose Rd. Austin TX 78758 United States | | | | 8,000 |
| N-Squared 2006 Trust | | 936 Addison Avenue Palo Alto CA 94301 United States | | 3,860 | 1,233 | |
| Okada | Tokihito | 2-34-12-223 Azamino Aoba-Ku, Yokohama-shi Danagawa 225-0011 Japan | 10,000 | | | 5,000 |
| Pacific Rim Capital, LLC | N/A | 2150 California Street Mountain View CA 94040 United States | | 268,811 | 117,629 | |
| Parameshwaran | Rajivkumar | 4234 Canyon Glen Cir. Austin TX 78732 United States | | | | 11,667 |

## List of Equity Security Holder
### Exhibit "A"

| Last Name | First Name | Address | | | | |
|---|---|---|---|---|---|---|
| Peng | Song-Hsi | North District, Yun-shing St., 356-10, 4F Taichung 404 Taiwan | 46,250 | | | |
| Ping-San Tzeng and Yu-Ling Kuo | N/A | 44985 Cougar Circle Fremont CA 94539 United States | | 18,000 | | |
| Potter | Philip | 25372 Via De Anza Laguna Niguel CA 92677 United States | | | | 12,000 |
| Priyadarshi | Rohit | 44291 Pomace St. Fremont CA 94539 United States | 54,792 | | | |
| Yun Yi Investment Co. Ltd. | | 11F., No. 8, Gangqian Rd., Neihu Dist., Taipei 114, Taiwan | | | 714,286 | |
| Rueiming Jamp | N/A | 251 Avalon Drive Los Altos CA 94022 United States | | | 625 | |
| Samanta | Anup | Bhavani PG AECS Layout, ITPL Main Road Khundanahalli Gate Bangalore 560037 India | | | | 2,500 |
| Shiau | Jiing-Fu | 10F, 48, Lane 177, Sec. 1, Tun Hwa S. Road Taipei Taiwan | | 300,000 | | |
| Shieh | Sentry | 4F.-2, No.361, Zhonggang Rd., Xinzhuang Dist., New Taipei City 242 Taiwan | 18,750 | | | |
| Shueh-Mien & Ching Kung Lee Revocable Trust | N/A | 18930 Hargrave Way Saratoga CA 95070 United States | | 19,299 | 6,163 | |
| Shumaker | Dennis | 1003 Madera Ct. Allen TX 75013 United States | | | | 38,000 |
| Silicon Storage Technology, Inc. | N/A | c/o Microchip Technology 2355 W. Chandler Blvd. Chandler AZ 85224 United States | | | 46,869 | |

## List of Equity Security Holder
### Exhibit "A"

| | | | | | | |
|---|---|---|---|---|---|---|
| SKW Investment | N/A | 11550 Upland Way<br>Cupertino CA 95014<br>United States | | | 423,157 | 188,000 | |
| Sumitomo Osaka Cement Co., Ltd. | N/A | 585, Toyotomi-cho,<br>Funabashi-shi<br>Chiba, Japan 274-8601<br>Japan | | | 115,795 | 36,977 | |
| Sun | Ganping | 1233 Inverness Ct.<br>Fremont CA 94539<br>United States | 267,292 | | | | |
| Suragari | Madhav | 3415 Lebon Drive<br>San Diego CA 92122<br>United States | 6,563 | | | | |
| Suzuki | Katsuharu | 2111 Tasman Drive<br>Santa Clara CA 95054<br>United States | 9,375 | | | | |
| Thattarakkal | Sunil Raj | 3000 23rd Street, #418<br>San Francisco CA 94110<br>United States | 10,000 | | | | |
| The Li/Xin Family Trust | N/A | 4387 Mattos Drive<br>Fremont CA 94536<br>United States | 31,250 | | | | |
| Thumula | Nikhil | Flat # 13<br>Sai Madhura Gokul Apartments, Uttarahalli Road<br>Ankappa Layout,<br>Bangalore - 560061<br>India | | | | | 5,000 |
| Thune | Eric | 9 Mariposa Ave.<br>Los Gatos CA 95030<br>United States | 455,000 | | | | 130,000 |
| Tong | Yang-Shan | 1335 Bonnet Ct.<br>San Jose CA 95132<br>United States | 17,333 | | | | 24,667 |
| Trapp | Michael | 16714 Sequoia St.<br>Fountain Valley CA 92708<br>United States | 40,000 | | | | 60,000 |
| Troin | Philippe | 179 Beatrice St.<br>Mountain View CA 94043<br>United States | 43,750 | | | | |
| Tsai | Charles | 3F., No.43-1, Ln. 156,<br>Wuxing St.<br>Taipei 110<br>Taiwan | | | | | 17,500 |

## List of Equity Security Holder
### Exhibit "A"

| | | | | | | |
|---|---|---|---|---|---|---|
| Tsai | Ming-Feng | 5F., No.16, Minquan Rd., Xindian Dist., New Taipei City 231, Tai New Taipei City Taiwan | | | | 12,000 |
| Tsai | Sung-Han | 1842 Wayne Circle San Jose CA 95131 United States | 8,000 | | | 28,000 |
| Tsang | David | 758 Loyola Drive Los Altos CA 94024 United States | | 358,414 | 524,090 | |
| Tsao | Sarah | 5F, No.2, Aly. 6, Ln. 124, Jinjiang St., ZhongZheng Dist. Taipei 100 Taiwan | 11,050 | | | 1,350 |
| Tseng | Antony | 3810 142nd Place NE Bellevue WA 98007 United States | 170,000 | | | 155,000 |
| Tseng | Hsin-Chia | 1011 Kenmore Ct. Cupertino CA 95014 United States | 45,000 | | | 53,000 |
| Tseng Family Trust DTD 12-26-1996 | N/A | 4F-1 No. 478, Shipin Road Hsin-Chu City, Taiwan 30062 Taiwan | | | 16,873 | |
| Tsou | Don-Min | 11550 Upland Way, Cupertino CA 95014 United States | 2,000,000 | 283,684 | 400,000 | |
| Tung | Sara | 303 Diamond Way Milpitas CA 95035 United States | 60,000 | | | 37,000 |
| Tzeng | Dario | 44985 Cougar Circle Freemont CA 94539 United States | | 80,000 | | |
| Tzeng | Derek | 44985 Cougar Circle Freemont CA 94539 United States | | 80,000 | | |
| Tzeng | Dora | 44985 Cougar Circle Freemont CA 94539 United States | | 80,000 | | |
| Tzeng | Ping-San | 44985 Cougar Circle Fremont CA 94539 United States | 2,000,000 | | | 600,000 |
| Vandeputie | Sofie | 405 Cervantes Road Portola Valley CA 94028 United States | | | | 20,000 |

### List of Equity Security Holder
### Exhibit "A"

| | | | | | |
|---|---|---|---|---|---|
| VCEDA Partners, Inc. | N/A | Synopsys, Inc., 690 E. Middlefield Rd. Mountain View CA 94043 United States | | 789,473 | 1,428,572 |
| Wan | Jih-Wen | 10F-1, No. 538, Sec. 1, Jingguo Rd. Hsinchu City 300 Taiwan | | 77,000 | |
| Wang | Chao-Yong Devin | No., 134, Sec. 1, Zhongping Rd., Hukou Township Hsinchu County 303 Taiwan | | | 38,000 |
| Wang | Fu-Ying | 11F, 333, Long-Jiang Road Taipei, CA Taiwan | | 265,000 | 100,000 |
| Wang | Jianjun | 2816 Alice Ct. Fremont CA 94539 United States | 275,000 | | 160,000 |
| Wang | Kuan-Chang, Bill | 4F-2, No. 31, Jianping 17th St., Anping Dist., Tainan City 708 Taiwan | 7,062 | | 3,438 |
| Wang | Louis | 2F., No.6, Aly. 15, Ln. 105 Tianmu N. Rd., Beitou Dist Taipei City 11283 Taiwan | 15,000 | | 2,000 |
| Wang | Pingang | 481 Norwood Circle Santa Clara CA 95051 United States | 70,000 | | 128,000 |
| Wang | Sang | 14200 Sholes Court Los Altos Hills CA 94022 United States | 500,000 | | |
| Wang | Wei-Shen | 8F, No.150, Songqin St. Taipei, NA 00000 Taiwan | 25,000 | | 14,000 |
| Wang | Yucheng | 21565 Monrovia St. Cupertino CA 95014 United States | 760,000 | | 121,000 |
| Wu | Huaizhi Linda | 450 Oak Grove Dr., #315 Santa Clara CA 95054 United States | 12,500 | | |

## List of Equity Security Holder
### Exhibit "A"

| | | | | | | |
|---|---|---|---|---|---|---|
| Wu | Ping-Chih | 20656 Craig Court Cupertino CA 95014 United States | | | | 95,000 |
| Wu | Yang | 27227 Black Mountain Rd Los Altos CA 94022 United States | 328,750 | | 200,000 | 26,250 |
| Yang | Andrew | 15720 Glen Una Dr. Los Gatos CA 95030 United States | | | 1,142,858 | |
| Yang | Baw-Ju | 3F, 9-1, Alley 16, Lane 553 Sec. 4, Chung Hsiao East Road Taipei, CA Taiwan | | 150,000 | | |
| Yang | Jung-Hung | Banqiao Dist 23rd Floor, 276-2 Hangsheng E. Road New Taipei, Taiwan ROC Taiwan | | 19,299 | 6,163 | |
| Yang | Kun-ming | Da'an District 2F., No.2, Aly. 7, Lane 94, Leye Street Taipei City 106 Taiwan | | | | 20,000 |
| Yen Jun Lee and Su Hsin Teng | N/A | 745 Boar Circle Fremont CA 94039 United States | | 131,578 | | |
| Yen Jun Lee and Su Hsin Teng, as husband and wife | N/A | 745 Boar Circle Freemont CA 94539 United States | | | 107,143 | |
| Yuan | Ko-Lung | 6th FL-2, No. 745, Xingfu Rd, Xinzhuang District New Taipei City, Taiwan Taiwan | | | | 8,000 |
| Yuan | Lin | 1794 Wayne Circle San Jose CA 95131 United States | 25,000 | | | 30,000 |

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ATopTech, Inc., | Case No. _____ (\_\_) |
| Debtor. | |

### CORPORATE OWNERSHIP STATEMENT

Pursuant to Federal Rule Bankruptcy Procedure 1007(a)(1), other than a governmental unit, all corporations that directly or indirectly own 10% or more of any class of the corporation's equity interests are listed below:

| SHAREHOLDER | EQUITY SECURITY % |
|---|---|
| Dragon Investment Fund I Co. Ltd. | 18.6% (Preferred series B) |

### DECLARATION UNDER PENALTY OF PERJURY

I, the undersigned authorized officer of the Debtor, declare under penalty of perjury that I have reviewed the foregoing and that it is true and correct to the best of my, information and belief.

Dated: January 13, 2017

Signature: _____

By:        Claudia Chen

Title:     Vice President, Finance

## CORPORATE RESOLUTION

A meeting of the Board of Directors of ATopTech, Inc. (the "Company") was held telephonically on January 10, 2017.  After a discussion, upon motion duly made, seconded and carried, the following resolutions were adopted:

**I.     COMMENCEMENT OF CHAPTER 11 CASE**

**NOW**, **THEREFORE**, **BE IT HEREBY RESOLVED** that this Board of Directors finds and determines that it is in the best interest of the Company, its stockholders and its creditors for it to commence a case under chapter 11 of the Bankruptcy Code;

**BE IT FURTHER RESOLVED** that the officers, directors and agents of the Company, be, and each of them is, hereby empowered and directed without further action by this Board of Directors to prepare, sign, file and prosecute, or cause to be prepared, signed, filed and prosecuted, (a) a petition for relief under chapter 11 of the Bankruptcy Code, (b) all papers, pleadings, lists and schedules attendant thereto, and (c) all agreements, instruments and documents necessary to effect (i) a sale of all or a portion of the Company's assets, and (ii) a chapter 11 plan of reorganization and all instruments useful and necessary to the confirmation and implementation of such plan;

**II.     STALKING HORSE ASSET PURCHASE AGREEMENT**

**BE IT FURTHER RESOLVED** that this Board of Directors has determined, in light of current circumstances and after consultation with the Company's professional advisors, and in connection with the filing of the Company's chapter 11 case, that it is in the best interests of the Company, its creditors, stockholders and other parties in interest to authorize the Company to enter into a transaction to sell all or substantially all of the Company's assets (the "Sale Transaction");

**BE IT FURTHER RESOLVED** that the officers, directors and agents of the Company, be, and each of them is, hereby empowered and directed without further action by this Board of Directors to finalize the negotiation of and enter into that certain Asset Purchase Agreement (as amended, supplemented or otherwise modified from time to time, the "Stalking Horse APA"), by and between the Company, as seller, and a Delaware subsidiary of Draper Athena to be formed prior to the closing of the transaction, as purchaser (the "Purchaser"), and Draper Athena Management Co. Ltd, as guarantor, pursuant to which the Purchaser will (a) purchase all or substantially all of the Company's assets and assume certain liabilities of the Company for $8 million in the aggregate, less 10% of deferred revenue under customer contracts assumed by the Purchaser, and (b) serve as a "stalking horse" bidder through the Sale Transaction, subject to approval by the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court");

**BE IT FURTHER RESOLVED** that the form, terms and provisions of each of (a) the Stalking Horse APA, substantially in the form presented to the Board of Directors and (b) any and all of the other agreements, including, without limitation, any, letters, notices, certificates, schedules, documents and instruments authorized, executed delivered, reaffirmed, verified and/or filed in connection with entering into the Stalking Horse APA (together with the Stalking Horse APA, the "Sale Documents") and the performance of obligations thereunder are hereby, in all respects, confirmed, ratified and approved;

**BE IT FURTHER RESOLVED** that the officers, directors and agents of the Company, be, and each of them is, hereby empowered and directed without further action by this Board of Directors to take any and all actions to (a) obtain Bankruptcy Court approval of

the Sale Documents in connection with the Sale Transaction, and (b) obtain Bankruptcy Court approval of any Sale Transaction;

## III.    RETENTION OF ADVISORS

**BE IT FURTHER RESOLVED** that the previous retention by the Company's officers and agents of the law firm of Dorsey & Whitney, LLP ("Dorsey") as bankruptcy counsel to the Company to represent and assist the Company in connection with its consideration of various insolvency-related obligations and bankruptcy alternatives, and to commence and prosecute the aforementioned chapter 11 case, and to do all things, and to prepare, sign and file all papers and documents necessary and proper to the prosecution of said chapter 11 case, is hereby approved and ratified; and Dorsey is authorized to take such actions in the bankruptcy case which Dorsey, in its discretion, concludes are necessary to Dorsey's and/or the Company's fulfillment of their fiduciary obligations in the bankruptcy case; and the Company's officers and agents are hereby authorized and directed to execute and ratify appropriate retention agreements, pay appropriate retainers and fees, and to cause to be filed an appropriate application for authority to retain the services of Dorsey;

**BE IT FURTHER RESOLVED** that the previous retention by the Company's officers and agents of the law firm of Wilson Sonsini Goodrich & Rosati, PC ("Wilson Sonsini") as corporate counsel to the Company to represent and assist the Company in connection with corporate and tax matters with respect to the chapter 11 case and the contemplated sale of the Company's assets, is hereby approved and ratified; and Wilson Sonsini is authorized to take such actions in the bankruptcy case which Wilson Sonsini, in its discretion, concludes are necessary to Wilson Sonsini's and/or the Company's fulfillment of their fiduciary obligations in the bankruptcy case; and the Company's officers and agents are

hereby authorized and directed to execute and ratify appropriate retention agreements, pay appropriate retainers and fees, and to cause to be filed an appropriate application for authority to retain the services of Wilson Sonsini;

**BE IT FURTHER RESOLVED** that the previous retention by the Company's officers and agents of the accounting firm of Grant Thornton, LLP ("Grant Thornton") as accountants to the Company to represent and assist the Company in connection with its consideration of various tax implications with respect to the chapter 11 case and the contemplated sale of the Company's assets, and to prepare, sign and file papers and documents necessary and proper in the chapter 11 case, is hereby approved and ratified; and Grant Thornton is authorized to take such actions in the bankruptcy case which Grant Thornton, in its discretion, concludes are necessary to Grant Thornton's and/or the Company's fulfillment of their fiduciary obligations in the bankruptcy case; and the Company's officers and agents are hereby authorized and directed to execute and ratify appropriate retention agreements, pay appropriate retainers and fees, and to cause to be filed an appropriate application for authority to retain the services of Grant Thornton;

**BE IT FURTHER RESOLVED** that the previous retention by the Company's officers and agents of Cowen and Company ("Cowen") as investment bankers to the Company to represent and assist the Company in connection with the marketing of its assets, the solicitation and analysis of bids and all other matters related to the Company's sale of its assets in the bankruptcy case, is hereby approved and ratified; and Cowen is authorized to take such actions in the bankruptcy case which Cowen, in its discretion, concludes are necessary to Cowen's and/or the Company's fulfillment of their fiduciary obligations in the bankruptcy case; and the Company's officers and agents are hereby authorized and directed

4

to execute and ratify appropriate retention agreements, pay appropriate retainers and fees, and to cause to be filed an appropriate application for authority to retain the services of Cowen;

**BE IT FURTHER RESOLVED** that the previous retention by the Company's officers and agents of the law firm of Arnold & Porter LLP ("Arnold") as litigation counsel to the Company to represent and assist the Company in connection with the lawsuit currently pending and any other lawsuits and related actions which may continue or arise in the chapter 11 bankruptcy case, is hereby approved and ratified; and Arnold is authorized to take such actions in the bankruptcy case which Arnold, in its discretion, concludes are necessary to Arnold's and/or the Company's fulfillment of their fiduciary obligations in the bankruptcy case; and the Company's officers and agents are hereby authorized and directed to execute and ratify appropriate retention agreements, pay appropriate retainers and fees, and to cause to be filed an appropriate application for authority to retain the services of Arnold;

**BE IT FURTHER RESOLVED** that the officers, directors, and agents of the Company be, and hereby are, authorized and directed to employ Epiq Bankruptcy Solutions, LLC as claims and noticing agent to assist the Company in the administration of claims and in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations, including filing any pleadings; and in connection therewith, the officers, directors, and agents are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers and fees, and cause to be filed an appropriate application for authority to appoint Epiq Bankruptcy Solutions, LLC as claims and noticing agent;

**BE IT FURTHER RESOLVED** that the officers, directors, and agents of the Company be, and hereby are, authorized and empowered to employ on behalf of the Company any other professionals necessary to assist the Company in carrying out its duties under the Bankruptcy Code; and in connection therewith, the officers of the Company are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers and fees, and cause to be filed an appropriate application for authority to retain the services of any other professionals as necessary;

IV.   **GENERAL**

**BE IT FURTHER RESOLVED** that the officers, directors, and agents of the Company be, and hereby are, authorized and directed, in the name and on behalf of the Company, to take such actions and to make, sign, execute, acknowledge, and deliver all petitions, schedules, motions, lists, applications, pleadings, and any and all such additional documents, agreements, affidavits, applications for approvals or rulings of governmental or regulatory authorities, motions, orders, directions, certificates, requests, receipts, financing statements, or other instruments as such officer, director, or agent or the Company's legal counsel may deem necessary, proper, or desirable in connection with the case under chapter 11 of the Bankruptcy Code, with a view to the successful prosecution of such case, and as may be reasonably required to give effect to the foregoing resolutions and to consummate the transactions contemplated by the foregoing resolutions, to execute and deliver such instruments, and to fully perform the terms and provisions thereof; and

**BE IT FURTHER RESOLVED** that to the extent that any of the actions authorized by any of the foregoing resolutions have been taken by an officer, director, or agent on behalf of the Company, such actions are hereby ratified and confirmed in their entirety.

6

Dated: January 11, 2017

Jue-Hsien Chern
Chief Executive Officer

7