**Fill in this information to identify the case:**

Debtor name  **ATopTech, Inc.**

United States Bankruptcy Court for the:  DISTRICT OF DELAWARE

Case number (if known)  **17-10111 (MFW)**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................... $     **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................................ $     **21,964,932.97**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................. $     **21,964,932.97**

Part 2:    **Summary of Liabilities**

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................... $     **494,831.00**

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................ $     **845,088.56**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................... +$     **33,590,596.73**

4.    **Total liabilities** ..................................................................................................
    Lines 2 + 3a + 3b     $     **34,930,516.29**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name  __ATopTech, Inc.__

United States Bankruptcy Court for the:  __DISTRICT OF DELAWARE__

Case number (if known)  __17-10111 (MFW)__

☐ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

Current value of debtor's interest

3.  Checking, savings, money market, or financial brokerage accounts *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | Silicon Valley Bank | Checking | 7484 | $0.00 |
| 3.2. | Silicon Valley Bank | Checking | 7465 | $2,000,000.00 |
| 3.3. | Silicon Valley Bank | Money Market | 0761 | $4,899,917.54 |
| 3.4. | Silicon Valley Bank | Checking | 1101 | $1,620,000.00 |
| 3.5. | Wells Fargo Bank | Checking | 7139 | $30,571.91 |
| 3.6. | Wells Fargo Bank | Checking | 0282 | $1,495,259.64 |
| 3.7. | E. Sun Bank | Deposit | 4086 | $690,288.63 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor    **ATopTech, Inc.**
Name

Case number *(If known)*  **17-10111 (MFW)**

| | | | | |
|---|---|---|---|---|
| 3.8. | E. Sun Bank | Deposit | 0888 | $72,738.67 |
| 3.9. | E. Sun Bank | Deposit | 5099 | $46,503.29 |
| 3.10. | Taiwan Cooperative Bank | Deposit | 0792 | $1,875.00 |
| 3.11. | Taiwan Cooperative Bank | Deposit | 2486 | $388.66 |

**4.**     **Other cash equivalents** *(Identify all)*

4.1.    Interest income from money market investments (included in 3.1 above)                    $0.00

**5.**     **Total of Part 1.**

        Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $10,857,543.34 |
|---|

**Part 2:**     **Deposits and Prepayments**

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.

■ Yes Fill in the information below.

**7.**     **Deposits, including security deposits and utility deposits**
        Description, including name of holder of deposit
                **Real property security deposit with:**
                **Silicon Valley CA-I, LLC**
7.1.    **2111 Tasman Drive**                                                    $34,560.00

7.2.    **Real property security deposit for:  Taipei office**                    $23,775.00

7.3.    **Real property security deposit for:  Hsinchu office**                    $3,531.25

7.4.    **Taiwan real property parking deposit**                                $290.63

**8.**     **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
        Description, including name of holder of prepayment

8.1.    **See Attachment B.8**                                                $1,072,183.23

---

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 2

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | ATopTech, Inc. | Case number *(If known)* 17-10111 (MFW) |
|---|---|---|
| | Name | |

9.  **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

| $1,134,340.11 |
|---|

**Part 3:**  **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.

■ Yes Fill in the information below.

11.  **Accounts receivable**

11a. 90 days old or less:  8,000,765.00  -  5,938,768.00  = ....  **$2,061,997.00**

face amount                            doubtful or uncollectible accounts

12.  **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| $2,061,997.00 |
|---|

**Part 4:**  **Investments**

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.

■ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

14.  **Mutual funds or publicly traded stocks not included in Part 1**
Name of fund or stock:

15.  **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
Name of entity:                                                  % of ownership

| 15.1. | ATopTech Co., Ltd | 100 | % | | Unknown |
|---|---|---|---|---|---|
| 15.2. | ATopTech Design Automation Private Limited | 100 | % | | Unknown |
| 15.3. | ATopTech Korea Ltd | 100 | % | | Unknown |
| 15.4. | ATopTech Design Solutions Israel Ltd | 100 | % | | Unknown |

16.  **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

17.  **Total of Part 4.**

Add lines 14 through 16.  Copy the total to line 83.

| $0.00 |
|---|

**Part 5:**  **Inventory, excluding agriculture assets**

Debtor   **ATopTech, Inc.**
_____   Case number (If known) **17-10111 (MFW)**
         Name

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture**<br>Furniture, signage, coffee machine | $824.24 | Recent cost | $824.24 |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software**<br>Computer equipment, software | $361,497.53 | Recent cost | $361,497.53 |

42. **Collectibles** Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
    Add lines 39 through 42. Copy the total to line 86.    | $362,321.77 |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ☑ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

☑ No. Go to Part 10.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor    **ATopTech, Inc.**                                    Case number *(if known)*  **17-10111 (MFW)**
_____
Name

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☑ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** Patent Nos. 8,566,765; 8,793,633; 9,177,090; 9,342,642; 8,806,412; 8,935,639; 9,418,192 | **$0.00** | | Unknown |
| 61. | **Internet domain names and websites** atoptech.com | **$0.00** | | Unknown |
| 62. | **Licenses, franchises, and royalties** Software licenses | **$0.00** | | Unknown |
| 63. | **Customer lists, mailing lists, or other compilations** | | | |
| 64. | **Other intangibles, or intellectual property** | | | |
| 65. | **Goodwill** | | | |

| 66. | **Total of Part 10.** | | $0.00 |
|---|---|---|---|

Add lines 60 through 65. Copy the total to line 89.

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
☑ No
☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes Fill in the information below.

Current value of debtor's interest

| 71. | **Notes receivable** Description (include name of obligor) |
|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

| Debtor | ATopTech, Inc. | | Case number *(If known)* 17-10111 (MFW) |
|---|---|---|---|
| | Name | | |

| | ATopTech Co. Ltd. | 400,000.00 - <br> Total face amount | 0.00 = <br> doubtful or uncollectible amount | $400,000.00 |

**72.** **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

| Description | Tax year | Amount |
|---|---|---|
| NOLs | 2005 | $166,154.00 |
| NOLs | 2007 | $27,442.00 |
| NOLs | 2008 | $3,098,738.00 |
| NOLs | 2015 | $483,915.00 |
| R & D credits | 2004 | $6,059.00 |
| R & D credits | 2005 | $80,193.00 |
| R & D credits | 2006 | $137,858.00 |
| R & D credits | 2007 | $197,552.00 |
| R & D credits | 2008 | $255,438.00 |
| R & D credits | 2009 | $262,834.00 |
| R & D credits | 2010 | $306,488.00 |
| R & D credits | 2011 | $318,964.00 |
| R & D credits | 2012 | $399,377.00 |
| R & D credits | 2013 | $433,382.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **ATopTech, Inc.**
    Name

Case number *(If known)* **17-10111 (MFW)**

| | | |
|---|---|---|
| **R & D credits** | Tax year **2014** | $467,097.00 |
| **R & D credits** | Tax year **2015** | $496,176.00 |

73.  **Interests in insurance policies or annuities**

    **Net medical insurance premiums, employee-owed**    $11,063.75

74.  **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.  **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
    **Synopsys, Inc. v. ATopTech, Inc.**
    **Northern District of California**
    **Case No. 13-02965-SC**    Unknown

| **Nature of claim** | **Attorneys' fees awarded** |
|---|---|
| **Amount requested** | **$0.00** |

    **Synopsys, Inc. v. ATopTech, Inc.**
    **Northern District of California**
    **Case No. 13-02965-SC**    Unknown

| **Nature of claim** | **Antitrust counterclaims** |
|---|---|
| **Amount requested** | **$0.00** |

76.  **Trusts, equitable or future interests in property**

77.  **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.  **Total of Part 11.**
    Add lines 71 through 77. Copy the total to line 90.    $7,548,730.75

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **ATopTech, Inc.** | Case number *(If known)* **17-10111 (MFW)** |
|---|---|---|
| | Name | |

**Part 12:**     Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $10,857,543.34 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $1,134,340.11 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $2,061,997.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $362,321.77 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*............................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $7,548,730.75 | |
| 91. **Total.** Add lines 80 through 90 for each column | $21,964,932.97 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $21,964,932.97 |

**Attachment B.8**
**to ATopTech's Schedule A/B**

| Holder/Description | Value of Debtor's Interest |
|---|---|
| Advance Discovery | $15,360.39 |
| Affinity Insurance; for period June 16 - May 17 | $7,327.08 |
| AT&T | $500.00 |
| AT&T Mobility | $1,200.00 |
| Cayenne Communication | $1,200.00 |
| Creative Security | $9,000.00 |
| Don-Min Tsou; annual service for period 2016-17 | $5,000.00 |
| Federal Express | $340.00 |
| Hartford Commercial; for period 2016-17 | $8,329.75 |
| Joanna Wang; company expenses | $5,820.00 |
| Key man life premium insurance | $1,995.00 |
| Taiwan prepaid VAT sales tax | $3,102.09 |
| Orbit; building maintenance | $3,574.00 |
| Si 2017 membership | $2,160.00 |
| Solium License fee; for period 7/1/16 - 6/30/17 | $5,450.40 |
| Stock & Option Solution | $530.77 |
| Tax Collector; Santa Clara for period 7/1/16 - 6/30/17; property tax | $5,582.80 |
| Terri Yi; company expenses | $1,800.00 |
| Mei Hu; retainer | $7,000.00 |
| Dorsey & Whitney; retainer | $34,587.72 |
| EPIQ Systems; retainer | $25,000.00 |
| Hale Capital Management LP; retainer | $75,000.00 |
| Hemming Morse; retainer | $12,500.00 |
| Grant Thorton; retainer | $100,000.00 |
| Van Pelt, retainer | $5,000.00 |
| Arnold Porter; retainer | $125,000.00 |
| Wilson Sonsini; retainer | $250,000.00 |
| Wilson Sonsini; prepaid | $100,000.00 |
| England Rose Garden | $560.00 |
| Sophie Vandeputte | $6,000.00 |
| Shanghai Deli | $1,764.00 |
| Omega Enterprise | $25,000.00 |
| PG&E | $700.00 |
| KPMG Advisory Services Co Ltd.; retainer | $12,000.00 |
| Altasslan; license for period 2/12/2016 - 2/11/2017 | $1,166.66 |
| Altasslan; license for period 2/11/2017 - 2/10/2018 | $16,000.00 |
| Flexera Software; license for period June 16 - May 17 | $27,111.90 |
| Digicert; domain license for period Sept 2014 - Aug 2017 | $316.68 |
| Golden Gate Tech; license for period 4/1/2015 - 3/31/2021 | $53,124.99 |
| California Choice; pre paid medical insurance expense, Feb'17 | $65,000.00 |
| Mellanox; customer payment witholding tax | $51,079.00 |
| **TOTAL:** | **$1,072,183.23** |

**Fill in this information to identify the case:**

Debtor name **ATopTech, Inc.**

United States Bankruptcy Court for the: **DISTRICT OF DELAWARE**

Case number (if known) **17-10111 (MFW)**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A**<br>Amount of claim<br><br>Do not deduct the value of collateral. | **Column B**<br>Value of collateral that supports this claim |
| --- | --- | --- | --- |

| 2.1 | **Silicon Valley Bank** | | **$494,831.00** | **$0.00** |

Creditor's Name

**Attn.: Julian Nash, VP**
**555 Mission Street, 9th Floor**
**San Francisco, CA 94105**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**Property as described in Loan and Security Agreement dated September 5, 2014, as amended.**

Describe the lien
**UCC-1 Financing Statement**

Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**
**9/4/2014**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**  **$494,831.00**

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
| --- | --- |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |
| **Silicon Valley Bank**<br>**3003 Tasman Dr.**<br>**Santa Clara, CA 95054** | Line  **2.1** | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **ATopTech, Inc.**
_____
Name

Case number (if know)    **17-10111 (MFW)**
_____

**Silicon Valley Bank**
**c/o Stephen J. Kottmeier**
**Hopkins & Carley, A Law Corp.**
**70 South First St.**
**San Jose, CA 95113**

Line    **2.1**

**Fill in this information to identify the case:**

Debtor name    **ATopTech, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    **17-10111 (MFW)**

☐ Check if this is an amended filing

# Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$10,701.78** | **$2,064.78** |
| | **Alpesh Dipakbhai Kothari**<br>**1074 Cedar Lake Ct.**<br>**Conroe, TX 77384** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages and PTO Accrual** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,079.55** | **$2,467.05** |
| | **Anthony Chang**<br>**Yingge Dist.**<br>**New Taipei City 239**<br>**Taiwan R.O.C.** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages and PTO Accrual** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    27167                    Best Case Bankruptcy

| Debtor | **ATopTech, Inc.** | Case number (if known) | **17-10111 (MFW)** |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$17,428.72** | **$2,907.69** |
|---|---|---|---|---|
| | **Antony Tseng**<br>**3810 142nd Place NE**<br>**Bellevue, WA 98007** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages and PTO Accrual** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,336.75** | **$1,866.56** |
|---|---|---|---|---|
| | **Arton Chang**<br>**Zhongshan Dist.**<br>**Keelung City 203**<br>**Taiwan R.O.C.** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages and PTO Accrual** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$17,277.10** | **$2,876.92** |
|---|---|---|---|---|
| | **Biing-Horng Liou**<br>**1703 Fumia Dr.**<br>**San Jose, CA 95131** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages and PTO Accrual** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,188.71** | **$1,214.49** |
|---|---|---|---|---|
| | **Bill Wang**<br>**Anping Dist.**<br>**Tainan City 708**<br>**Taiwan R.O.C.** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages and PTO Accrual** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **ATopTech, Inc.** | Case number (if known) | **17-10111 (MFW)** |
|---|---|---|---|
| | Name | | |

---

**2.7**

Priority creditor's name and mailing address
**Bureau of Labor Insurance**
**No. 4, Section 1 Roosevelt Rd.**
**Zhongzheng District**
**Taipei City, Taiwan 100**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$11,417.63   $11,417.63

Date or dates debt was incurred

Basis for the claim:
**National Pension Contributions**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.8**

Priority creditor's name and mailing address
**Bureau of Labor Insurance**
**No. 4, Section 1 Roosevelt Rd.**
**Zhongzheng District**
**Taipei City, Taiwan 100**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$18,130.25   $18,130.25

Date or dates debt was incurred

Basis for the claim:
**National Health Contributions**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.9**

Priority creditor's name and mailing address
**Chang-Chao Hsieh**
**1588 Provincetown Dr.**
**San Jose, CA 95129**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$18,322.49   $3,692.31

Date or dates debt was incurred

Basis for the claim:
**Wages and PTO Accrual**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.10**

Priority creditor's name and mailing address
**Charles Tsai**
**Datong Dist.**
**Taipei City 103**
**Taiwan R.O.C.**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,965.94   $991.69

Date or dates debt was incurred

Basis for the claim:
**Wages and PTO Accrual**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **ATopTech, Inc.** | | Case number *(if known)* | **17-10111 (MFW)** |
|---|---|---|---|---|
| | Name | | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $14,631.20 | $5,726.20 |
|---|---|---|---|---|

**Chwen-Cher Chang**
**800 Wooded Hills Ct.**
**Fremont, CA 94539**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages and PTO Accrual**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $17,991.46 | $3,384.62 |
|---|---|---|---|---|

**Claudia Chen**
**20160 Chateau Dr.**
**Saratoga, CA 95070**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages and PTO Accrual**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,030.77 | $2,030.77 |
|---|---|---|---|---|

**Cole Patrick Noppenberg**
**11904 Snow Goose Rd.**
**Austin, TX 78758**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages and PTO Accrual**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,577.45 | $1,260.14 |
|---|---|---|---|---|

**Cynthia Chang**
**Fengshan Dist.**
**Kaohsiung City 830**
**Taiwan R.O.C.**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages and PTO Accrual**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | **ATopTech, Inc.** | | Case number (if known) | **17-10111 (MFW)** |
|---|---|---|---|---|
| | Name | | | |

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,290.18 | $1,646.15 |
|---|---|---|---|---|

**Deepesh Bagmar**
**251 Brandon St., Apt. 150**
**San Jose, CA 95134**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages and PTO Accrual**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $16,307.14 | $2,627.14 |
|---|---|---|---|---|

**Dennis Shumaker**
**1003 Madera Court**
**Allen, TX 75013**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages and PTO Accrual**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,226.14 | $3,047.05 |
|---|---|---|---|---|

**Devin Wang**
**Hukou Township**
**Hsinchu County 303**
**Taiwan R.O.C.**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages and PTO Accrual**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $17,429.46 | $2,923.08 |
|---|---|---|---|---|

**Eric Thune**
**9 Mariposa Ave**
**Los Gatos, CA 95030**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages and PTO Accrual**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **ATopTech, Inc.** | | Case number (if known) | **17-10111 (MFW)** |
|---|---|---|---|---|

Name

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,521.52 | $4,597.21 |
|---|---|---|---|---|

**Eugene Liu**
**Heping E. Rd., Da an Dist.**
**Taipei City 106**
**Taiwan R.O.C.**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages and PTO Accrual**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,298.64 | $1,826.30 |
|---|---|---|---|---|

**Fank Chang**
**Wenshan Dist.**
**Taipei City 116**
**Taiwan R.O.C.**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages and PTO Accrual**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $15,395.63 | $6,728.63 |
|---|---|---|---|---|

**Feng Li**
**6909 Westmoor Way**
**San Jose, CA 95129**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages and PTO Accrual**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,211.07 | $3,766.63 |
|---|---|---|---|---|

**Frank Chen**
**Zhubei City**
**Hsinchu County 302**
**Taiwan R.O.C.**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages and PTO Accrual**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **ATopTech, Inc.** | Case number (if known) | **17-10111 (MFW)** |
|---|---|---|---|
| | Name | | |

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $14,770.28 | $2,461.54 |
|---|---|---|---|---|

**Fuliang Bian**
**1168 Wenig Ct.**
**Pleasanton, CA 94566**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages and PTO Accrual**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,143.11 | $4,344.11 |
|---|---|---|---|---|

**Geng Bai**
**47477 Hoyt St.**
**Fremont, CA 94539**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages and PTO Accrual**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,294.57 | $2,936.23 |
|---|---|---|---|---|

**George Huang**
**East Dist.**
**Hsinchu City 300**
**Taiwan R.O.C.**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages and PTO Accrual**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.26 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,799.93 | $2,265.93 |
|---|---|---|---|---|

**Hsien-Yen Chiu**
**2831 Old Estates Ct.**
**San Jose, CA 95135**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages and PTO Accrual**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **ATopTech, Inc.** | | Case number (if known) | **17-10111 (MFW)** |
|---|---|---|---|---|

Name

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$11,471.90** | **$7,532.90** |
|---|---|---|---|---|

**Hsin-Chia Tseng**
**1011 Kenmore Ct.**
**Cupertino, CA 95014**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages and PTO Accrual**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$9,515.93** | **$4,292.93** |
|---|---|---|---|---|

**Ivan Charcos**
**769 Salt Lake Drive**
**San Jose, CA 95133**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages and PTO Accrual**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.29 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$16,744.62** | **$2,384.62** |
|---|---|---|---|---|

**Je Cho**
**334 Polaris Ter**
**Sunnyvale, CA 94086**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages and PTO Accrual**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.30 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,091.21** | **$1,091.21** |
|---|---|---|---|---|

**Jeffrey Ko**
**East Dist.**
**Taichung City 401**
**Taiwan R.O.C.**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages and PTO Accrual**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

| Debtor | **ATopTech, Inc.** | Case number (if known) | **17-10111 (MFW)** |
|---|---|---|---|
| | Name | | |

---

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$7,446.60** | **$4,510.07** |
|---|---|---|---|---|
| | **Jeffy Luan**<br>**Zhubei City**<br>**Hsinchu County 302**<br>**Taiwan R.O.C.** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages and PTO Accrual** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.32 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$17,089.55** | **$3,292.31** |
|---|---|---|---|---|
| | **Jianjun Wang**<br>**2816 Alice Ct.**<br>**Fremont, CA 94539** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages and PTO Accrual** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.33 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$9,430.34** | **$2,907.69** |
|---|---|---|---|---|
| | **Jingsong Li**<br>**4387 Mattos Drive**<br>**Fremont, CA 94536** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages and PTO Accrual** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.34 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,437.00** | **$1,245.00** |
|---|---|---|---|---|
| | **Joanna Wang**<br>**1049 Bentoak Ln.**<br>**San Jose, CA 95129** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages and PTO Accrual** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| Debtor | ATopTech, Inc. | | Case number (if known) | **17-10111 (MFW)** |
|---|---|---|---|---|
| | Name | | | |

| 2.35 | Priority creditor's name and mailing address<br>**Joseph C. Chen**<br>**20436 Via Palamas**<br>**Cupertino, CA 95014** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$14,244.66** | **$11,324.66** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages and PTO Accrual** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.36 | Priority creditor's name and mailing address<br>**Jue-Hsien Chern**<br>**1325 Villa Dr.**<br>**Los Altos, CA 94024** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$18,473.27** | **$3,846.15** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages and PTO Accrual** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.37 | Priority creditor's name and mailing address<br>**KM Yang**<br>**Da an Dist.**<br>**Taipei City 106**<br>**Taiwan R.O.C.** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$8,201.88** | **$4,737.63** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages and PTO Accrual** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.38 | Priority creditor's name and mailing address<br>**Ko-Lung Yuan**<br>**Xinzhuang Dist.**<br>**New Taipei City 242**<br>**Taiwan R.O.C.** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,245.27** | **$1,096.71** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages and PTO Accrual** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **ATopTech, Inc.** | Case number (if known) | **17-10111 (MFW)** |
|---|---|---|---|
| | Name | | |

| 2.39 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,974.59 | $6,347.59 |
|---|---|---|---|---|

**Li Feng Lin**
**1606 Mission Springs Cir.**
**San Jose, CA 95131**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Wages and PTO Accrual** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.40 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,476.92 | $2,476.92 |
|---|---|---|---|---|

**Lily Cheng**
**5099 Forest View Dr.**
**San Jose, CA 95129**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Wages and PTO Accrual** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.41 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,415.38 | $2,415.38 |
|---|---|---|---|---|

**Lin Yuan**
**1794 Wayne Cir.**
**San Jose, CA 95131**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Wages and PTO Accrual** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.42 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,674.50 | $1,420.28 |
|---|---|---|---|---|

**Ling-Ya Ni**
**Annan Dist.**
**Tainan City 709**
**Taiwan R.O.C.**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Wages and PTO Accrual** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **ATopTech, Inc.** | Case number (if known) | **17-10111 (MFW)** |
|---|---|---|---|
| | Name | | |

| 2.43 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$17,506.52** | **$4,346.52** |
|---|---|---|---|---|

**Lok Sang Chen**
**43389 Jerome Ave**
**Fremont, CA 94539**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages and PTO Accrual**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.44 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,865.28** | **$2,713.37** |
|---|---|---|---|---|

**Louis Wang**
**Beitou Dist.**
**Taipei City 112**
**Taiwan R.O.C.**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages and PTO Accrual**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.45 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$13,083.13** | **$3,169.23** |
|---|---|---|---|---|

**Lungchun Liu**
**13748 Lexington Ct.**
**Saratoga, CA 95070**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages and PTO Accrual**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.46 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$672.07** | **$672.07** |
|---|---|---|---|---|

**Mandy Wang**
**East Dist.**
**Hsinchu City 300**
**Taiwan R.O.C.**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages and PTO Accrual**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **ATopTech, Inc.** | | | Case number (if known) | **17-10111 (MFW)** |
|---|---|---|---|---|---|
| | Name | | | | |

| 2.47 | Priority creditor's name and mailing address **Marc Bailey** **5781 Stresemann St.** **San Diego, CA 92122** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$6,602.19** | **$2,446.15** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: **Wages and PTO Accrual** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.48 | Priority creditor's name and mailing address **Michael Philip Potter** **25372 Via De Anza** **Laguna Niguel, CA 92677** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$5,891.64** | **$2,107.69** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: **Wages and PTO Accrual** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.49 | Priority creditor's name and mailing address **Michael Trapp** **16714 Sequoia St.** **Fountain Valley, CA 92708** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$17,180.95** | **$2,753.85** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: **Wages and PTO Accrual** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.50 | Priority creditor's name and mailing address **Ming-Feng Tsai** **Zhudong Township** **Hsinchu County 310** **Taiwan R.O.C.** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$1,556.95** | **$1,556.95** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: **Wages and PTO Accrual** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| Debtor | **ATopTech, Inc.** | Case number (if known) | **17-10111 (MFW)** |
|---|---|---|---|
| | Name | | |

| 2.51 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$18,514.14** | **$3,846.15** |
|---|---|---|---|---|

**Mingsheng Han**
**43534 Southerland Way**
**Fremont, CA 94539**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages and PTO Accrual**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.52 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,543.31** | **$1,760.62** |
|---|---|---|---|---|

**Mountain Li**
**Qiaotou Dist.**
**Kaohsiung City 825**
**Taiwan R.O.C.**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages and PTO Accrual**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.53 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$15,151.25** | **$15,151.25** |
|---|---|---|---|---|

**National Tax Admin. office**
**Xianzheng 9th Rd.**
**Chubei City**
**Hsinchu County, Taiwan**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Payroll Withholding Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.54 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$10,246.74** | **$2,553.85** |
|---|---|---|---|---|

**Odysseus Fang**
**301 Starlite Way**
**Fremont, CA 94539**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages and PTO Accrual**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **ATopTech, Inc.** | Case number (if known) | **17-10111 (MFW)** |
|---|---|---|---|
| | Name | | |

| 2.55 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$10,726.45** | **$6,151.45** |
|---|---|---|---|---|
| | **Ping-Chih Wu**<br>**20656 Craig Court**<br>**Cupertino, CA 95014** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages and PTO Accrual** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.56 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$18,485.29** | **$3,846.15** |
|---|---|---|---|---|
| | **Ping-San Tzeng**<br>**44985 Cougar Circle**<br>**Fremont, CA 94539** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages and PTO Accrual** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.57 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$14,891.16** | **$2,892.31** |
|---|---|---|---|---|
| | **Pingang Wang**<br>**481 Norwood Circle**<br>**Santa Clara, CA 95051** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages and PTO Accrual** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.58 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$8,083.02** | **$5,311.02** |
|---|---|---|---|---|
| | **Richard F. Li**<br>**120 Surrey Court**<br>**Milpitas, CA 95035** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages and PTO Accrual** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **ATopTech, Inc.** | | Case number (*if known*) | **17-10111 (MFW)** |
|---|---|---|---|---|
| | Name | | | |

| 2.59 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $12,967.45 | $2,753.85 |
|---|---|---|---|---|

**Robert Timothy Bennett**
**2898 Rancho Pancho**
**Carlsbad, CA 92009**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages and PTO Accrual**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.60 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $12,372.72 | $4,125.72 |
|---|---|---|---|---|

**Sara Tung**
**303 Diamond Way**
**Milpitas, CA 95035**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages and PTO Accrual**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.61 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,214.95 | $1,251.01 |
|---|---|---|---|---|

**Sarah Tsao**
**Zhongzheng Dist.**
**Taipei City 100**
**Taiwan R.O.C.**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages and PTO Accrual**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.62 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,559.66 | $1,278.41 |
|---|---|---|---|---|

**Shing-Tung Lin**
**Wanhua Dist.**
**Taipei City 108**
**Taiwan R.O.C.**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages and PTO Accrual**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **ATopTech, Inc.** | | Case number (if known) | **17-10111 (MFW)** |
|---|---|---|---|---|
| | Name | | | |

| 2.63 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,723.71 | $3,768.74 |
|---|---|---|---|---|

**Shun-Tang Chen**
**Zhonghe Dist.**
**New Taipei City 235**
**Taiwan R.O.C.**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages and PTO Accrual**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.64 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,317.90 | $1,315.49 |
|---|---|---|---|---|

**Shuo-Ren Lin**
**Fengshan Dist.**
**Kaohsiung City 830**
**Taiwan R.O.C.**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages and PTO Accrual**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.65 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,238.02 | $2,707.69 |
|---|---|---|---|---|

**So-Chung Fu**
**20135 Northwind Sq.**
**Cupertino, CA 95014**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages and PTO Accrual**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.66 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,959.12 | $1,869.71 |
|---|---|---|---|---|

**Sophie Chen**
**Yilan City**
**Yilan County 260**
**Taiwan R.O.C.**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages and PTO Accrual**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **ATopTech, Inc.** | Case number (if known) | **17-10111 (MFW)** |
|---|---|---|---|
| | Name | | |

| 2.67 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $14,537.57 | $2,707.69 |
|---|---|---|---|---|

**Stephen Deng**
**1942 Cambridge Dr**
**Mountain View, CA 94043**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages and PTO Accrual**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.68 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $13,271.37 | $3,524.37 |
|---|---|---|---|---|

**Sung-Han  Tsai**
**1842 Wayne Circle**
**San Jose, CA 95131**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages and PTO Accrual**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.69 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $13,704.15 | $3,415.38 |
|---|---|---|---|---|

**Tai-Hung Liu**
**1410 Bretmoor Way**
**San Jose, CA 95129**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages and PTO Accrual**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.70 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,898.00 | $2,730.00 |
|---|---|---|---|---|

**Terri Weiching Yi**
**40840 Canyon Heights**
**Fremont, CA 94539**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages and PTO Accrual**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **ATopTech, Inc.** | | Case number (if known) | **17-10111 (MFW)** |
|---|---|---|---|---|
| | Name | | | |

---

**2.71** | Priority creditor's name and mailing address
**Thomas Geocaris**
**401 Woodside Terrace**
**Lakeway, TX 78738**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$11,578.58**    **$3,543.58**

Date or dates debt was incurred

Basis for the claim:
**Wages and PTO Accrual**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.72** | Priority creditor's name and mailing address
**Thompson Gee**
**3329 Kestrel Place**
**Fremont, CA 94555**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$13,789.90**    **$2,369.23**

Date or dates debt was incurred

Basis for the claim:
**Wages and PTO Accrual**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.73** | Priority creditor's name and mailing address
**Tien Chang Hsu**
**4692 Wilcox Ave.**
**Santa Clara, CA 95054**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$10,345.75**    **$3,638.75**

Date or dates debt was incurred

Basis for the claim:
**Wages and PTO Accrual**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.74** | Priority creditor's name and mailing address
**Tinaung Daniel Maung**
**3241 Melendy Dr.**
**San Carlos, CA 94070**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$12,330.40**    **$3,076.92**

Date or dates debt was incurred

Basis for the claim:
**Wages and PTO Accrual**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **ATopTech, Inc.** | | Case number (if known) | **17-10111 (MFW)** |
|---|---|---|---|---|
| | Name | | | |

| 2.75 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$11,602.52** | **$2,692.31** |
|---|---|---|---|---|
| | **Travis Lemmer**<br>**150 Stratton Court**<br>**Austin, TX 78737** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages and PTO Accrual** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.76 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5,543.06** | **$1,771.50** |
|---|---|---|---|---|
| | **Tsang-Chi Kan**<br>**Xinzhuang Dist.**<br>**New Taipei City 242**<br>**Taiwan R.O.C.** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages and PTO Accrual** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.77 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$16,185.75** | **$5,406.75** |
|---|---|---|---|---|
| | **Vishnu  Chada**<br>**444 Saratoga Ave, 3i**<br>**Santa Clara, CA 95051** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages and PTO Accrual** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.78 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,540.69** | **$1,771.50** |
|---|---|---|---|---|
| | **Wei-Shen Wang**<br>**Xinyi Dist.**<br>**Taipei City 110**<br>**Taiwan R.O.C.** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages and PTO Accrual** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | ATopTech, Inc. | Case number (if known) | 17-10111 (MFW) |
|---|---|---|---|
| | Name | | |

---

**2.79** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,737.44** | **$2,279.22**

**Winston Chiang**
**Zhubei City**
**Hsinchu County 302**
**Taiwan R.O.C.**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages and PTO Accrual**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.80** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$7,744.67** | **$2,838.67**

**Yackov  Mitelman**
**1745 Noranda Dr. No. 2**
**Sunnyvale, CA 94087**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages and PTO Accrual**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.81** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$15,123.40** | **$2,630.77**

**Yang Wu**
**27227 Black Mountain Rd**
**Los Altos Hills, CA 94022**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages and PTO Accrual**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.82** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5,015.94** | **$4,449.94**

**Yang-Shan Tong**
**1335 Bonnet Ct.**
**San Jose, CA 95132**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages and PTO Accrual**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | **ATopTech, Inc.** | Case number (if known) | **17-10111 (MFW)** |
|---|---|---|---|

Name

| 2.83 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$11,613.96** | **$2,984.62** |
|---|---|---|---|---|

**Ying-Meng Li**
**4285 Payne Ave. 700301**
**San Jose, CA 95117**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages and PTO Accrual**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.84 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$14,227.12** | **$3,538.46** |
|---|---|---|---|---|

**Yu-Hsu H. Chang**
**21720 Rainbow Dr.**
**Cupertino, CA 95014**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages and PTO Accrual**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.85 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$13,716.24** | **$3,538.46** |
|---|---|---|---|---|

**Yucheng Wang**
**21565 Monrovia St.**
**Cupertino, CA 95014**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages and PTO Accrual**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.86 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,307.69** | **$2,307.69** |
|---|---|---|---|---|

**Yueh-Tung  Chao**
**2050 Royal Dr. Apt.32**
**Santa Clara, CA 95050**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages and PTO Accrual**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **ATopTech, Inc.** | Case number (if known) | **17-10111 (MFW)** |
|---|---|---|---|
| | Name | | |

| 2.87 | Priority creditor's name and mailing address<br>**Zachary Most**<br>**4801 Senora Creek Ct.**<br>**Austin, TX 78735** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$10,824.65** | **$2,569.23** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages and PTO Accrual** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.88 | Priority creditor's name and mailing address<br>**Zhong Chen**<br>**1588 Shore Drive**<br>**San Jose, CA 95131** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$15,395.00** | **$3,153.85** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages and PTO Accrual** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  |  | **Amount of claim** |
|---|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address<br>**Arnold & Porter LLP**<br>**P.O. Box 759451**<br>**Baltimore, MD 21275-9451**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **Legal Services**<br>Is the claim subject to offset? ■ No  ☐ Yes | | **$2,713,844.85** |
| 3.2 | Nonpriority creditor's name and mailing address<br>**John Cooley**<br>**Deepchip.com**<br>**PO Box 6222**<br>**Holliston, MA 01746-6222**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No  ☐ Yes | | **$55,000.00** |
| 3.3 | Nonpriority creditor's name and mailing address<br>**Synopsys, Inc.**<br>**690 E Middlefield Rd.**<br>**Mountain View, CA 94043**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br>Basis for the claim:  **District Court verdict**<br>Is the claim subject to offset? ■ No  ☐ Yes | | **$30,400,000.00** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

| Debtor | **ATopTech, Inc.** | | Case number (if known) | **17-10111 (MFW)** |
|---|---|---|---|---|
| | Name | | | |

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$95,100.00** |
|---|---|---|---|

**Taipei City's Farmers Association**
**14F, No. 390, Sec. 1, Fuxing South Rd.**
**Taipei, Taiwan**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Real property lease**

Is the claim subject to offset? ■ No ☐ Yes

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$300,631.00** |
|---|---|---|---|

**Tasman East Parcel 56 Owner LLC**
**621 Capital Mall**
**Sacramento, CA 95814**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Real property lease**

Is the claim subject to offset? ■ No ☐ Yes

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$26,020.88** |
|---|---|---|---|

**Zhi-Xun Zhuang**
**No. 120, Alley 100, Lane 386**
**Gao Fong Road**
**Hsinchu City, Taiwan**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Real property lease**

Is the claim subject to offset? ■ No ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Arnold & Porter LLP**<br>**Attn.: Paul Alexander**<br>**3 Embarcadero Center, 10th Fl.**<br>**San Francisco, CA 94111-4024** | Line **3.1**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **John Cooley**<br>**Deepchip.com**<br>**P.O. Box 6222**<br>**Holliston, MA 01746-6222** | Line **3.2**<br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Robert A. Mittelstaedt**<br>**Patrick T. Michael**<br>**Jones Day**<br>**555 California St., 26th Fl.**<br>**San Francisco, CA 94104** | Line **3.3**<br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Silicon Valley CA-I, LLC**<br>**Attn.: Asset Manager**<br>**c/o RREEF Real Estate**<br>**2185 North California Blvd., Suite 285**<br>**Walnut Creek, CA 94596-3540** | Line **3.5**<br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Silicon Valley CA-I, LLC**<br>**CBRE**<br>**Attn.: Property Manager**<br>**63303 Octabius Dr., Ste. 102**<br>**Santa Clara, CA 95054** | Line **3.5**<br>☐ Not listed. Explain ____ | _ |

| Debtor | **ATopTech, Inc.** | Case number (if known) | **17-10111 (MFW)** |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.6 | **Tasman East Parcel 56 Owner LLC**<br>**c/o Corporation Service Co.**<br>**Registered Agent**<br>**2711 Centerville Rd., Suite 400**<br>**Wilmington, DE 19808** | Line **3.5**<br><br>☐ Not listed. Explain ____ | _ |
| 4.7 | **Thomas W. Ritchie**<br>**Jones Day**<br>**77 W. Wacker Dr.**<br>**Chicago, IL 60601-1692** | Line **3.3**<br><br>☐ Not listed. Explain ____ | _ |
| 4.8 | **Zhi-Xun Zhuang**<br>**No. 120, Alley 100, Lane 386**<br>**Gao Fong Road**<br>**Hsinchu City Taiwan** | Line **3.6**<br><br>☐ Not listed. Explain ____ | _ |

## Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 845,088.56 |
| **5b. Total claims from Part 2** | 5b. + | $ | 33,590,596.73 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | **34,435,685.29** |

**Schedule E/F: Creditors Who Have Unsecured Claims**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

# ATopTech, Inc.

### Preliminary Statement To Schedule G

The Debtor has not determined whether any or all contracts listed on the attached Schedule G remain in effect and/or are executory in nature. The Debtor's review of its records is ongoing. The Debtor reserves the right to amend Schedule G to remove and/or add contracts as appropriate.

**Fill in this information to identify the case:**

Debtor name    **ATopTech, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    **17-10111 (MFW)**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
　　☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
　　☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Software License and Services Agreement (Flexnet), related Order Schedule** | **Acresso Software Inc.**<br>**Desiree Champagne, Dir., Business Opr.**<br>**1000 East Woodfield Road**<br>**Suite 400**<br>**Schaumburg, IL 60173** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Client Services Agreement., related addenda** | **ADP TotalSource, Inc.**<br>**Attn: Vice President**<br>**Asst. General Counsel**<br>**10200 Sunset Drive**<br>**Miami, FL 33173** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | | **ADP TotalSource, Inc.**<br>**Attn: Gilbert Hernandez, Finance Exec.**<br>**12250 E. Iliff Ave., Ste. 310**<br>**Aurora, CO 80014** |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **E&O Insurance Policy** | **Affinity Insurance Services**<br>**PO Box 392055**<br>**Pittsburg, PA 15251-9055** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor 1 | **ATopTech, Inc.** | | Case number *(if known)* | **17-10111 (MFW)** |
|---|---|---|---|---|
| | First Name  Middle Name  Last Name | | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Offer Letter; Employment Confidentiality Agreement; Change of Control Severance Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Alpesh Kothari** |
| | List the contract number of any government contract | | **1074 Cedar Lake Ct. Conroe, TX 77384** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Software License Agreement, related purchase orders** | |
|---|---|---|---|
| | State the term remaining | | **Altran Technologies India Pvt., Ltd. Attn: Nadeem Ahmed, CFO** |
| | List the contract number of any government contract | | **Block 9B, 2nd Fl., Pritech Park SEZ Bellandur Village, Varthur Hobli Bangalore 560013, India** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Employment Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Anthony Chang 5F., No.198, Jianguo Rd.** |
| | List the contract number of any government contract | | **Yingge Dist. New Taipei City 239 Taiwan R.O.C.** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Employment Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Antony Tseng** |
| | List the contract number of any government contract | | **3810 142nd Place NE Bellevue, WA 98007** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Employment Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Arton Chang No.10, Jianmin St.** |
| | List the contract number of any government contract | | **Zhongshan Dist. Keelung City 203 Taiwan R.O.C.** |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Services Level Agreement and all purchase orders thereunder** | |
|---|---|---|---|
| | State the term remaining | | **Aryaka, Inc. Attn: Kelly J Hicks 691 S. Milpitas Blvd, Ste. 206 Milpitas, CA 95035** |

Debtor 1   **ATopTech, Inc.**

First Name          Middle Name          Last Name

Case number *(if known)*    **17-10111 (MFW)**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract | |

| | | | |
|---|---|---|---|
| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Software License Agreement and all purchase orders thereunder** | |
| | State the term remaining | | **Atlassian Pty. Ltd.**<br>**c/o Atlassian, Inc.**<br>**Attn.: General Counsel**<br>**1098 Harrison Street**<br>**San Francisco, CA 94103** |
| | List the contract number of any government contract | | |
| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Service Agreement** | |
| | State the term remaining | | **ATopTech Design Automation, Prvt. Ltd.**<br>**19-4 & 27, Indiqube Alpha, 5th Floor B3**<br>**Outer Ring Road, Village, Varthur Hobli**<br>**Panthur Post, Bangalore   560103**<br>**Karnataka, India** |
| | List the contract number of any government contract | | |
| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Service and Marketing Agreement** | |
| | State the term remaining | | **ATopTech Korea Ltd.**<br>**17-2, Jeongja-dong**<br>**Bundang-gu, Seongnam-si**<br>**Gyeonggi-do**<br>**South Korea 463-842** |
| | List the contract number of any government contract | | |
| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **International Distribution Agreement** | |
| | State the term remaining | | **ATopTech. Co., Ltd.**<br>**KDX Shinyokohama 381 Blvd**<br>**3-8-11 Shinyokohama, Ko-huku-ku**<br>**Yokohama**<br>**Kanagawa 222-0033, Japan** |
| | List the contract number of any government contract | | |
| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **License Agreement, related purchase orders.** | |
| | State the term remaining | | **Avago Technologies U.S. Inc.**<br>**Attn.: Legal**<br>**350 W. Trimble Road**<br>**San Jose, CA 95131** |
| | List the contract number of any government contract | | |

Debtor 1  **ATopTech, Inc.**

First Name          Middle Name          Last Name

Case number (*if known*)   **17-10111 (MFW)**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.16.** State what the contract or lease is for and the nature of the debtor's interest

**Employment Agreement**

State the term remaining

List the contract number of any government contract

Biing-Horng Liou
1703 Fumia Dr.
San Jose, CA 95131

**2.17.** State what the contract or lease is for and the nature of the debtor's interest

**Employment Agreement**

State the term remaining

List the contract number of any government contract

Bill Wang
4F.-2, No.31, Jianping 17th St.
Anping Dist.
Tainan City 708
Taiwan R.O.C.

**2.18.** State what the contract or lease is for and the nature of the debtor's interest

**License Agreement and all addenda thereto**

State the term remaining

List the contract number of any government contract

Broadcom Corporation
Attn.: Legal
Attn.: David Crohn, Sr. Eng. Dir.
5300 California Avenue
Irvine, CA 92617

**2.19.** State what the contract or lease is for and the nature of the debtor's interest

**Medical insurance policies**

State the term remaining

List the contract number of any government contract

CaliforniaChoice
721 South Parker, Suite 200
Orange, CA 92868

**2.20.** State what the contract or lease is for and the nature of the debtor's interest

**Employment Agreement**

State the term remaining

List the contract number of any government contract

Chang-Chao Hsieh
1588 Provincetown Dr.
San Jose, CA 95129

**2.21.** State what the contract or lease is for and the nature of the debtor's interest

**Employment Agreement**

State the term remaining

List the contract number of any

Charles Tsai
5F., No.2, Ln.8, Sec.3, Chengde Rd.
Datong Dist.
Taipei City 103
Taiwan R.O.C.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1  **ATopTech, Inc.**

First Name            Middle Name            Last Name

Case number *(if known)*    **17-10111 (MFW)**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Employment Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Chwen-Cher Chang** |
| | List the contract number of any government contract | | **800 Wooded Hills Ct**<br>**Fremont, CA 94539** |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Software License Agreement and all purchase orders thereunder** | |
|---|---|---|---|
| | State the term remaining | | **ClariPhy Communications, Inc.**<br>**Attn.: Legal**<br>**Attn.: Chris Kitching, CFO**<br>**7585 Irvine Center Drive, Suite 100** |
| | List the contract number of any government contract | | **Irvine, CA 92618** |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Offer Letter; Employment Confidentiality Agreement; Change of Control Severance Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Claudia Chen** |
| | List the contract number of any government contract | | **20160 Chateau Drive**<br>**Saratoga, CA 95070** |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Employment Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Cole Patrick Noppenberg** |
| | List the contract number of any government contract | | **11904 Snow Goose Rd**<br>**Austin, TX 78758** |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Employment Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Cynthia Chang** |
| | List the contract number of any government contract | | **No.6, Ln.46, Zhongshan E. Rd.**<br>**Fengshan Dist.**<br>**Kaohsiung City 830**<br>**Taiwan R.O.C.** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1 **ATopTech, Inc.**

First Name      Middle Name      Last Name

Case number (*if known*)   **17-10111 (MFW)**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Software License Agreement and all purchase orders thereunder** | |
|---|---|---|---|
| | State the term remaining | | **Cypress Semiconductor, Inc.**<br>**Attn.: Legal**<br>**Attn.: Paul D. Keswick**<br>**198 Champion Ct.**<br>**San Jose, CA 95134** |
| | List the contract number of any government contract | | |

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **Employment Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Deepesh Bagmar**<br>**251 Brandon st., Apt. 150**<br>**San Jose, CA 95134** |
| | List the contract number of any government contract | | |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **Employment Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Dennis Shumaker**<br>**1003 Madera Court**<br>**Allen, TX 75013** |
| | List the contract number of any government contract | | |

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **Employment Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Devin Wang**<br>**No.134, Sec.1, Zhongping Rd.**<br>**Hukou Township**<br>**Hsinchu County 303**<br>**Taiwan R.O.C.** |
| | List the contract number of any government contract | | |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **Consulting Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Don Min Tsou**<br>**11550 Upland Way**<br>**Cupertino, CA 95014** |
| | List the contract number of any government contract | | |

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **Change of Control Severance Agreement; Letter Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Eric Thune**<br>**9 Mariposa Ave.**<br>**Los Gatos, CA 95030** |
| | List the contract number of any | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor 1   **ATopTech, Inc.**

First Name        Middle Name        Last Name

Case number *(if known)*   **17-10111 (MFW)**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | |
|---|---|---|
| | government contract | |
| **2.33.** | State what the contract or lease is for and the nature of the debtor's interest | **Software License Agreement, related purchase orders** |
| | State the term remaining | |
| | List the contract number of any government contract | **eSilicon Corporation**<br>**Attn: Legal Department**<br>**2130 Gold Street, Suite 100**<br>**San Jose, CA 95002** |
| **2.34.** | State what the contract or lease is for and the nature of the debtor's interest | **Employment Agreement** |
| | State the term remaining | |
| | List the contract number of any government contract | **Eugene Liu**<br>**4F., No.57, Ln.311, Sec.2**<br>**Heping E. Rd., Da an Dist.**<br>**Taipei City 106**<br>**Taiwan R.O.C.** |
| **2.35.** | State what the contract or lease is for and the nature of the debtor's interest | **Employment Agreement** |
| | State the term remaining | |
| | List the contract number of any government contract | **Fank Chang**<br>**5F., No.59-2, Sec.2, Muxin Rd.**<br>**Wenshan Dist.**<br>**Taipei City 116**<br>**Taiwan R.O.C.** |
| **2.36.** | State what the contract or lease is for and the nature of the debtor's interest | **Employment Agreement** |
| | State the term remaining | |
| | List the contract number of any government contract | **Feng Li**<br>**6909 Westmoor Way**<br>**San Jose, CA 95129** |
| **2.37.** | State what the contract or lease is for and the nature of the debtor's interest | **Employment Agreement** |
| | State the term remaining | |
| | List the contract number of any government contract | **Frank Chen**<br>**No.3,Aly.50,Ln.258, Mayuan3rd Rd.**<br>**Zhubei City**<br>**Hsinchu County 302**<br>**Taiwan R.O.C.** |
| **2.38.** | State what the contract or lease is for and the nature of the debtor's interest | **Employment Agreement** |
| | | **Fuliang Bian**<br>**1168 Wenig Ct.**<br>**Pleasanton, CA 94566** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor 1 | **ATopTech, Inc.** | | Case number *(if known)* | **17-10111 (MFW)** |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining | |
| List the contract number of any government contract | |

| 2.39. | State what the contract or lease is for and the nature of the debtor's interest | **Employment Agreement** |
|---|---|---|
| | State the term remaining | **Geng Bai** |
| | List the contract number of any government contract | **47477 Hoyt St.**<br>**Fremont, CA 94539** |

| 2.40. | State what the contract or lease is for and the nature of the debtor's interest | **Employment Agreement** |
|---|---|---|
| | State the term remaining | **George Huang**<br>**3F.-2, No.61, Ln.19, Guanxin Rd.**<br>**East Dist.** |
| | List the contract number of any government contract | **Hsinchu City 300**<br>**Taiwan R.O.C.** |

| 2.41. | State what the contract or lease is for and the nature of the debtor's interest | **Patent License Agreement** |
|---|---|---|
| | State the term remaining | **Golden Gate Technology, Inc.**<br>**Attn: Michael Burstein, CEO**<br>**1101 S. Winchester Blvd.** |
| | List the contract number of any government contract | **Suite J-225**<br>**San Jose, CA 95128** |

| 2.42. | State what the contract or lease is for and the nature of the debtor's interest | **Consulting Agreement** |
|---|---|---|
| | State the term remaining | **Guo Guo IT Service Company**<br>**13F., No. 208, Banxin Rd.**<br>**Banqiao Dist.** |
| | List the contract number of any government contract | **New Taipei City 220, Taiwan** |

| 2.43. | State what the contract or lease is for and the nature of the debtor's interest | **Offer Letter; Employment Confidentiality Agreement; Change of Control Severance Agreement** |
|---|---|---|
| | State the term remaining | **Henry Chang** |
| | List the contract number of any government contract | **21720 Rainbow Dr.**<br>**Cupertino, CA 95014** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | **ATopTech, Inc.** | | Case number (*if known*) | **17-10111 (MFW)** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |



**Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.44. | State what the contract or lease is for and the nature of the debtor's interest | **Employment Agreement** | |
|---|---|---|---|
| | State the term remaining | | Hsien-Yen Chiu |
| | List the contract number of any government contract | | 2831 Old Estates Ct. |
| | | | San Jose, CA 95135 |

| 2.45. | State what the contract or lease is for and the nature of the debtor's interest | **Employment Agreement** | |
|---|---|---|---|
| | State the term remaining | | Hsin-Chia Tseng |
| | List the contract number of any government contract | | 1011 Kenmore Ct. |
| | | | Cupertino, CA 95014 |

| 2.46. | State what the contract or lease is for and the nature of the debtor's interest | **Contract name: International Distributor Agreement** | |
|---|---|---|---|
| | State the term remaining | | Huada Empyrean Software Co., Ltd. |
| | List the contract number of any government contract | | Attn: Steve Yang, VP |
| | | | 2/F Building A |
| | | | 2 Lizezhonger Rd., Chaoyang District |
| | | | Beijing 100102, China |

| 2.47. | State what the contract or lease is for and the nature of the debtor's interest | **End User License Agreement for Intel Software Development Products** | |
|---|---|---|---|
| | State the term remaining | | Intel Corporation |
| | List the contract number of any government contract | | Attn: DPD Contracts Management |
| | | | JF1-15; 2111 NE 25th Avenue |
| | | | Hillsboro, OR 97124 |

| 2.48. | State what the contract or lease is for and the nature of the debtor's interest | **End User License Agreement for Intel Software Development Products** | |
|---|---|---|---|
| | State the term remaining | | Intel Corporation |
| | List the contract number of any government contract | | c/o The Corporation Trust Company |
| | | | Corporation Trust Center |
| | | | 1209 Orange St. |
| | | | Wilmington, DE 19801 |

| 2.49. | State what the contract or lease is for and the nature of the debtor's interest | **End User License Agreement, Intel Math Kernel Library** | |
|---|---|---|---|
| | State the term remaining | | Intel Corporation |
| | | | Attn: DPD Contracts Management, JF1-15 |
| | | | 2111 NE 25th Avenue |
| | | | Hillsboro, OR 97124 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1  **ATopTech, Inc.**

First Name    Middle Name    Last Name

Case number *(if known)*   **17-10111 (MFW)**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract | |

| 2.50. | State what the contract or lease is for and the nature of the debtor's interest | **Employment Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Ivan Charcos**<br>**769 Salt Lake Drive**<br>**San Jose, CA 95133** |
| | List the contract number of any government contract | | |

| 2.51. | State what the contract or lease is for and the nature of the debtor's interest | **Change of Control Severance Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Jackson Hu**<br>**58 Marymont Ave.**<br>**Atherton, CA 94027** |
| | List the contract number of any government contract | | |

| 2.52. | State what the contract or lease is for and the nature of the debtor's interest | **Employment Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Je Cho**<br>**334 Polaris Ter**<br>**Sunnyvale, CA 94086** |
| | List the contract number of any government contract | | |

| 2.53. | State what the contract or lease is for and the nature of the debtor's interest | **Employment Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Jeffrey Ko**<br>**No.39, Lide E. St.**<br>**East Dist.**<br>**Taichung City 401**<br>**Taiwan R.O.C.** |
| | List the contract number of any government contract | | |

| 2.54. | State what the contract or lease is for and the nature of the debtor's interest | **Employment Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Jeffy Luan**<br>**7F., No.85, Wenren St.**<br>**Zhubei City**<br>**Hsinchu County 302**<br>**Taiwan R.O.C.** |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | **ATopTech, Inc.** | | | Case number *(if known)* | **17-10111 (MFW)** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.55.** State what the contract or lease is for and the nature of the debtor's interest — **Employment Agreement**

State the term remaining

List the contract number of any government contract

**Jianjun Wang**
**2816 Alice Ct.**
**Fremont, CA 94539**

**2.56.** State what the contract or lease is for and the nature of the debtor's interest — **Employment Agreement**

State the term remaining

List the contract number of any government contract

**Jingsong Li**
**4387 Mattos Drive**
**Fremont, CA 94536**

**2.57.** State what the contract or lease is for and the nature of the debtor's interest — **Employment Agreement**

State the term remaining

List the contract number of any government contract

**Joanna Wang**
**1049 Bentoak Ln**
**San Jose, CA 95129**

**2.58.** State what the contract or lease is for and the nature of the debtor's interest — **Employment Agreement**

State the term remaining

List the contract number of any government contract

**Joseph C. Chen**
**20436 Via Palamas**
**Cupertino, CA 95014**

**2.59.** State what the contract or lease is for and the nature of the debtor's interest — **Offer Letter; Employment Confidentiality Agreement; Change of Control Severance Agreement**

State the term remaining

List the contract number of any government contract

**Jue-hsien Chern**
**1325 Villa Dr.**
**Los Altos, CA 94024**

**2.60.** State what the contract or lease is for and the nature of the debtor's interest — **Employment Agreement**

State the term remaining

**KM Yang**
**2F., No.2, Aly.7, Ln.94, Leye St.**
**Da an Dist.**
**Taipei City 106**
**Taiwan R.O.C.**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1    **ATopTech, Inc.**

First Name    Middle Name    Last Name

Case number *(if known)*    **17-10111 (MFW)**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract | |

| | | |
|---|---|---|
| 2.61. | State what the contract or lease is for and the nature of the debtor's interest | **Employment Agreement** |
| | State the term remaining | **Ko-Lung Yuan**<br>**6F.-2, No.745, Xingfu Rd.**<br>**Xinzhuang Dist.**<br>**New Taipei City 242**<br>**Taiwan R.O.C.** |
| | List the contract number of any government contract | |
| 2.62. | State what the contract or lease is for and the nature of the debtor's interest | **Employment Agreement** |
| | State the term remaining | **Li Feng Lin**<br>**1606 Mission Springs Cir.**<br>**San Jose, CA 95131** |
| | List the contract number of any government contract | |
| 2.63. | State what the contract or lease is for and the nature of the debtor's interest | **Employment Agreement** |
| | State the term remaining | **Lily Cheng**<br>**5099 Forest View Dr**<br>**San Jose, CA 95129** |
| | List the contract number of any government contract | |
| 2.64. | State what the contract or lease is for and the nature of the debtor's interest | **Employment Agreement** |
| | State the term remaining | **Lin Yuan**<br>**1794 Wayne Cir**<br>**San Jose, CA 95131** |
| | List the contract number of any government contract | |
| 2.65. | State what the contract or lease is for and the nature of the debtor's interest | **Employment Agreement** |
| | State the term remaining | **Ling-Ya Ni**<br>**No.19,Aly.21,Ln.321,Sec.1,Anhe Rd.**<br>**Annan Dist.**<br>**Tainan City 709**<br>**Taiwan R.O.C.** |
| | List the contract number of any government contract | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1  **ATopTech, Inc.**
_____
First Name          Middle Name          Last Name

Case number (*if known*)    **17-10111 (MFW)**
_____

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.66. | State what the contract or lease is for and the nature of the debtor's interest | **Employment Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Lok Sang Chen** |
| | List the contract number of any government contract | | **43389 Jerome Ave**<br>**Fremont, CA 94539** |

| 2.67. | State what the contract or lease is for and the nature of the debtor's interest | **Employment Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Louis Wang** |
| | List the contract number of any government contract | | **2F., No.6, Ln.105, Tianmu N. Rd.**<br>**Beitou Dist.**<br>**Taipei City 112**<br>**Taiwan R.O.C.** |

| 2.68. | State what the contract or lease is for and the nature of the debtor's interest | **Employment Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Lungchun Liu** |
| | List the contract number of any government contract | | **13748 Lexington Ct.**<br>**Saratoga, CA 95070** |

| 2.69. | State what the contract or lease is for and the nature of the debtor's interest | **Software License Agreement, related purchase orders, addenda** | |
|---|---|---|---|
| | State the term remaining | | **M31 Technology Corporation** |
| | List the contract number of any government contract | | **Attn: David Wu, Director**<br>**14F, No.1, Taiyuan 1st St.**<br>**Zhubei City**<br>**Hsinchu County, 302, Taiwan** |

| 2.70. | State what the contract or lease is for and the nature of the debtor's interest | **Employment Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Mandy Wang** |
| | List the contract number of any government contract | | **8F.-1, No.288, Shijie Rd.**<br>**East Dist.**<br>**Hsinchu City 300**<br>**Taiwan R.O.C.** |

| 2.71. | State what the contract or lease is for and the nature of the debtor's interest | **Employment Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Marc Bailey** |
| | List the contract number of any | | **5781 Stresemann St**<br>**San Diego, CA 92122** |

| Debtor 1 | **ATopTech, Inc.** | | Case number *(if known)* | **17-10111 (MFW)** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.72. | State what the contract or lease is for and the nature of the debtor's interest | **Consulting Agreement and amendment** | |
|---|---|---|---|
| | State the term remaining | | **Mei Hu** |
| | List the contract number of any government contract | | **46649 Rancho Higuera Rd.** **Fremont, CA 94539** |

| 2.73. | State what the contract or lease is for and the nature of the debtor's interest | **Software License Agreement (joint), related purchase orders, addenda** | |
|---|---|---|---|
| | State the term remaining | | **Mellanox Technologies, Ltd.** **Attn: Legal** |
| | List the contract number of any government contract | | **Beit Mellanox, P.O. Box 586** **Yokneam, Israel** |

| 2.74. | State what the contract or lease is for and the nature of the debtor's interest | **OpenDoor Exchange Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Mentor Graphics Corporation** **Attn: General Counsel** |
| | List the contract number of any government contract | | **8005 SW Boeckman Road** **Wilsonville, OR 97070-7777** |

| 2.75. | State what the contract or lease is for and the nature of the debtor's interest | **Consulting Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Michael Burstein** |
| | List the contract number of any government contract | | **22611 Poppy Drive** **Cupertino, CA 95014** |

| 2.76. | State what the contract or lease is for and the nature of the debtor's interest | **Employment Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Michael Philip Potter** |
| | List the contract number of any government contract | | **25372 Via De Anza** **Laguna Niguel, CA 92677** |

| 2.77. | State what the contract or lease is for and the nature of the debtor's interest | **Employment Agreement** | |
|---|---|---|---|
| | | | **Michael Trapp** **16714 Sequoia St.** **Fountain Valley, CA 92708** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1  **ATopTech, Inc.**

First Name          Middle Name          Last Name

Case number *(if known)*    **17-10111 (MFW)**

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any government contract

---

| 2.78. | State what the contract or lease is for and the nature of the debtor's interest | **Employment Agreement** |
|---|---|---|

State the term remaining

List the contract number of any government contract

**Ming-Feng Tsai
No.143, Zhuzhong Rd.
Zhudong Township
Hsinchu County 310
Taiwan R.O.C.**

---

| 2.79. | State what the contract or lease is for and the nature of the debtor's interest | **Employment Agreement** |
|---|---|---|

State the term remaining

List the contract number of any government contract

**Mingsheng Han
43534 Southerland Way
Fremont, CA 94539**

---

| 2.80. | State what the contract or lease is for and the nature of the debtor's interest | **Employment Agreement** |
|---|---|---|

State the term remaining

List the contract number of any government contract

**Mountain Li
No.1106, Jiashu Rd.
Qiaotou Dist.
Kaohsiung City 825
Taiwan R.O.C.**

---

| 2.81. | State what the contract or lease is for and the nature of the debtor's interest | **Employment Agreement** |
|---|---|---|

State the term remaining

List the contract number of any government contract

**Odysseus Fang
301 Starlite Way
Fremont, CA 94539**

---

| 2.82. | State what the contract or lease is for and the nature of the debtor's interest | **Employment Agreement** |
|---|---|---|

State the term remaining

List the contract number of any government contract

**Ping-Chih Wu
20656 Craig Court
Cupertino, CA 95014**

---

Debtor 1  **ATopTech, Inc.**
　　　　　First Name　　　　Middle Name　　　　Last Name

Case number *(if known)*  **17-10111 (MFW)**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.83. | State what the contract or lease is for and the nature of the debtor's interest | **Offer Letter; Employment Confidentiality Agreement; Change of Control Severance Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Ping-San Tzeng 44985 Cougar Circle Fremont, CA 94539** |
| | List the contract number of any government contract | | |

| 2.84. | State what the contract or lease is for and the nature of the debtor's interest | **Employment Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Pingang Wang 481 Norwood Circle Santa Clara, CA 95051** |
| | List the contract number of any government contract | | |

| 2.85. | State what the contract or lease is for and the nature of the debtor's interest | **Employment Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Richard F. Li 120 Surrey Court Milpitas, CA 95035** |
| | List the contract number of any government contract | | |

| 2.86. | State what the contract or lease is for and the nature of the debtor's interest | **Employment Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Robert Timothy Bennett 2898 Rancho Pancho Carlsbad, CA 92009** |
| | List the contract number of any government contract | | |

| 2.87. | State what the contract or lease is for and the nature of the debtor's interest | **Software License Agreement, related purchase orders, addenda** | |
|---|---|---|---|
| | State the term remaining | | **Samsung Austin Semiconductor, LLC Samsung Austin R&D Center 7300 FM 2222, Building 1, Suite 100 Austin, TX 78730** |
| | List the contract number of any government contract | | |

| 2.88. | State what the contract or lease is for and the nature of the debtor's interest | **Change of Control Severance Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Sang Wang 14200 Sholes Court Los Altos Hills, CA 94022** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1  **ATopTech, Inc.**

First Name          Middle Name          Last Name

Case number *(if known)*    **17-10111 (MFW)**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

List the contract number of any government contract

---

| 2.89. | State what the contract or lease is for and the nature of the debtor's interest | **Employment Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Sara Tung**<br>**303 Diamond Way**<br>**Milpitas, CA 95035** |

---

| 2.90. | State what the contract or lease is for and the nature of the debtor's interest | **Employment Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Sarah Tsao**<br>**5F., No.2, Aly.6, Ln.124, Jinjiang St.**<br>**Zhongzheng Dist.**<br>**Taipei City 100**<br>**Taiwan R.O.C.** |

---

| 2.91. | State what the contract or lease is for and the nature of the debtor's interest | **Employment Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Shing-Tung Lin**<br>**7F., No.56, Qingnian Rd.**<br>**Wanhua Dist.**<br>**Taipei City 108**<br>**Taiwan R.O.C.** |

---

| 2.92. | State what the contract or lease is for and the nature of the debtor's interest | **Employment Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Shun-Tang Chen**<br>**No.5, Aly.11, Ln.242, Xinsheng St.**<br>**Zhonghe Dist.**<br>**New Taipei City 235**<br>**Taiwan R.O.C.** |

---

| 2.93. | State what the contract or lease is for and the nature of the debtor's interest | **Employment Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Shuo-Ren Lin**<br>**6F., No.267, Linsen Rd.**<br>**Fengshan Dist.**<br>**Kaohsiung City 830**<br>**Taiwan R.O.C.** |

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1 **ATopTech, Inc.**

First Name        Middle Name        Last Name

Case number *(if known)*    **17-10111 (MFW)**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.94. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease Agreement: 2111 Tasman Dr., Santa Clara, CA 95054** | |
|---|---|---|---|
| | State the term remaining | | **Silicon Valley CA-I, LLC Attn.: Asset Manager c/o RREEF Real Estate 2185 North California Blvd., Ste. 285 Walnut Creek, CA 94596-3540** |
| | List the contract number of any government contract | | |

| 2.95. | State what the contract or lease is for and the nature of the debtor's interest | **Employment Agreement** | |
|---|---|---|---|
| | State the term remaining | | **So-Chung Fu 20135 Northwind Sq Cupertino, CA 95014** |
| | List the contract number of any government contract | | |

| 2.96. | State what the contract or lease is for and the nature of the debtor's interest | **Consulting Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Sofie Vandeputte 405 Cervantes Rd. Portola Valley, CA 94028** |
| | List the contract number of any government contract | | |

| 2.97. | State what the contract or lease is for and the nature of the debtor's interest | **Software License Agreement, related purchase orders, addenda** | |
|---|---|---|---|
| | State the term remaining | | **Solarflare Communications, Inc. Attn: Legal 7505 Irvine Center Drive, Suite 100 Irvine, CA 92618** |
| | List the contract number of any government contract | | |

| 2.98. | State what the contract or lease is for and the nature of the debtor's interest | **Employment Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Sophie Chen No.20, Ln.51, Xianzheng 12th St. Yilan City Yilan County 260 Taiwan R.O.C.** |
| | List the contract number of any government contract | | |

| 2.99. | State what the contract or lease is for and the nature of the debtor's interest | **Employment Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Stephen Deng 1942 Cambridge Dr Mountain View, CA 94043** |
| | List the contract number of any | | |

Debtor 1   **ATopTech, Inc.**

First Name          Middle Name          Last Name

Case number (*if known*)   **17-10111 (MFW)**



**Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| government contract | |

| 2.100. | State what the contract or lease is for and the nature of the debtor's interest | **Equity Compensation Consulting Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Stock & Option Solutions, Inc.** |
| | List the contract number of any government contract | | **Attn: Barrett Scott, CEO**<br>**910 Campisi Way #2E**<br>**Campbell, CA 95008** |

| 2.101. | State what the contract or lease is for and the nature of the debtor's interest | **Employment Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Sung-Han  Tsai** |
| | List the contract number of any government contract | | **1842 Wayne circle**<br>**San Jose, CA 95131** |

| 2.102. | State what the contract or lease is for and the nature of the debtor's interest | **Employment Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Tai-Hung Liu** |
| | List the contract number of any government contract | | **1410 Bretmoor Way**<br>**San Jose, CA 95129** |

| 2.103. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease Agreement Taipei Office: No. 149, Sec. 3, Xinyi Road, Taipei, Taiwan** | |
|---|---|---|---|
| | State the term remaining | | **Taipei City's Farmers Association** |
| | List the contract number of any government contract | | **14F, No. 390, Sec. 1**<br>**Fuxing South Road**<br>**Taipei, Taiwan** |

| 2.104. | State what the contract or lease is for and the nature of the debtor's interest | **Advisor Letter Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Tammy Liu** |
| | List the contract number of any government contract | | **19261 Harleigh Dr.**<br>**Saratoga, CA 95070** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1   **ATopTech, Inc.**

First Name          Middle Name          Last Name

Case number *(if known)*   **17-10111 (MFW)**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.105. | State what the contract or lease is for and the nature of the debtor's interest | **Employment Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Terri Weiching Yi** |
| | List the contract number of any government contract | | **40840 Canyon Heights** **Fremont, CA 94539** |

| 2.106. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial insurance policies** | |
|---|---|---|---|
| | State the term remaining | | **The Hartford** |
| | List the contract number of any government contract | | **P.O. Box 2907** **Hartford, CT  06104-2907** |

| 2.107. | State what the contract or lease is for and the nature of the debtor's interest | **Employment Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Thomas Geocaris** |
| | List the contract number of any government contract | | **401 Woodside Terrace** **Lakeway, TX 78738** |

| 2.108. | State what the contract or lease is for and the nature of the debtor's interest | **Employment Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Thompson Gee** |
| | List the contract number of any government contract | | **3329 Kestrel Place** **Fremont, CA 94555** |

| 2.109. | State what the contract or lease is for and the nature of the debtor's interest | **Employment Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Thompson Gee** |
| | List the contract number of any government contract | | **3329 Kestrel Place** **Fremont, CA 94555** |

| 2.110. | State what the contract or lease is for and the nature of the debtor's interest | **Employment Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Tien Chang Hsu** |
| | List the contract number of any | | **4692 Wilcox Ave.** **Santa Clara, CA 95054** |

| Debtor 1 | **ATopTech, Inc.** | | | Case number *(if known)* | **17-10111 (MFW)** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | | |
|---|---|---|---|
| | government contract | | |
| **2.111.** | State what the contract or lease is for and the nature of the debtor's interest | **LDL Software License Agreement** | |
| | State the term remaining | | **Timothy A. Davis** |
| | List the contract number of any government contract | | **4216 NW 37th Terrace** **Gainsville, FL 32605** |
| **2.112.** | State what the contract or lease is for and the nature of the debtor's interest | **Employment Agreement** | |
| | State the term remaining | | **Tinaung Daniel Maung** |
| | List the contract number of any government contract | | **3241 Melendy Dr.** **San Carlos, CA 94070** |
| **2.113.** | State what the contract or lease is for and the nature of the debtor's interest | **Employment Agreement** | |
| | State the term remaining | | **Travis Lemmer** |
| | List the contract number of any government contract | | **150 Stratton Court** **Austin, TX 78737** |
| **2.114.** | State what the contract or lease is for and the nature of the debtor's interest | **Employment Agreement** | |
| | State the term remaining | | **Tsang-Chi Kan** **9F., No.35, Ln.347, Zhongzheng Rd.** **Xinzhuang Dist.** |
| | List the contract number of any government contract | | **New Taipei City 242** **Taiwan R.O.C.** |
| **2.115.** | State what the contract or lease is for and the nature of the debtor's interest | **Employment Agreement** | |
| | State the term remaining | | **Vishnu  Chada** |
| | List the contract number of any government contract | | **444 Saratoga Ave, 3i** **Santa Clara, CA 95051** |
| **2.116.** | State what the contract or lease is for and the nature of the debtor's interest | **Employment Agreement** | **Wei-Shen Wang** **8F., No.150, Songqin St.** **Xinyi Dist.** **Taipei City 110** |

| Debtor 1 | **ATopTech, Inc.** | | | Case number *(if known)* | **17-10111 (MFW)** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

|  | State the term remaining | | |
|---|---|---|---|
| | List the contract number of any government contract | | |

| 2.117. | State what the contract or lease is for and the nature of the debtor's interest | **Employment Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Winston Chiang** |
| | List the contract number of any government contract | | **No.23, Aly.30, Ln.10, Zhongshan Rd.**<br>**Zhubei City**<br>**Hsinchu County 302**<br>**Taiwan R.O.C.** |

| 2.118. | State what the contract or lease is for and the nature of the debtor's interest | **Change of Control Severance Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Wufu Chen** |
| | List the contract number of any government contract | | **10566 Blandor Way**<br>**Los Altos, CA 94024** |

| 2.119. | State what the contract or lease is for and the nature of the debtor's interest | **Master EDA Software License Agreement, related purchase orders** | |
|---|---|---|---|
| | State the term remaining | | **Xilinx, Inc.**<br>**Legal Department**<br>**Attn: General Counsel** |
| | List the contract number of any government contract | | **2100 Logic Drive**<br>**San Jose, CA 95124** |

| 2.120. | State what the contract or lease is for and the nature of the debtor's interest | **Employment Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Yackov  Mitelman** |
| | List the contract number of any government contract | | **1745 Noranda Dr. #2**<br>**Sunnyvale, CA 94087** |

| 2.121. | State what the contract or lease is for and the nature of the debtor's interest | **Employment Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Yang Wu** |
| | List the contract number of any government contract | | **27227 Black Mountain Rd**<br>**Los Altos Hills, CA 94022** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1 **ATopTech, Inc.**

First Name          Middle Name          Last Name

Case number *(if known)*    **17-10111 (MFW)**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.122. | State what the contract or lease is for and the nature of the debtor's interest | **Employment Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Yang-Shan Tong** |
| | List the contract number of any government contract | | **1335 Bonnet Ct.**<br>**San Jose, CA 95132** |

| 2.123. | State what the contract or lease is for and the nature of the debtor's interest | **Employment Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Ying-Meng Li** |
| | List the contract number of any government contract | | **4285 Payne Ave # 700301**<br>**San Jose, CA 95117** |

| 2.124. | State what the contract or lease is for and the nature of the debtor's interest | **Employment Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Yu-Hsu H. Chang** |
| | List the contract number of any government contract | | **21720 Rainbow Dr.**<br>**Cupertino, CA 95014** |

| 2.125. | State what the contract or lease is for and the nature of the debtor's interest | **Employment Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Yucheng Wang** |
| | List the contract number of any government contract | | **21565 Monrovia St.**<br>**Cupertino, CA 95014** |

| 2.126. | State what the contract or lease is for and the nature of the debtor's interest | **Employment Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Yueh-Tung  Chao** |
| | List the contract number of any government contract | | **2050 Royal Dr. Apt.32**<br>**Santa Clara, CA 95050** |

| 2.127. | State what the contract or lease is for and the nature of the debtor's interest | **Employment Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Zachary Most** |
| | List the contract number of any | | **4801 Senora Creek Ct**<br>**Austin, TX 78735** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor 1 | **ATopTech, Inc.** | | | Case number *(if known)* | **17-10111 (MFW)** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | government contract | | |
|---|---|---|---|

| 2.128. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease Agreement Hsinchu Office: 10F-2, No. 229, Fuxing Second Road, Zhubei City, Hsinchu County, Taiwan** | |
|---|---|---|---|
| | State the term remaining | | **Zhi-Xun Zhuang** |
| | List the contract number of any government contract | | **No. 120, Alley 100, Lane 386 Gao Fond Road Hsinchu City, Taiwan** |

| 2.129. | State what the contract or lease is for and the nature of the debtor's interest | **Employment Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Zhong Chen** |
| | List the contract number of any government contract | | **1588 Shore Drive San Jose, CA 95131** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __**ATopTech, Inc.**__

United States Bankruptcy Court for the: __DISTRICT OF DELAWARE__

Case number (if known) __**17-10111 (MFW)**__

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | _____ | _____ Street _____ City        State        Zip Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.2 | _____ | _____ Street _____ City        State        Zip Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.3 | _____ | _____ Street _____ City        State        Zip Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.4 | _____ | _____ Street _____ City        State        Zip Code | _____ | ☐ D ☐ E/F ☐ G |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __ATopTech, Inc.__

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __January 20, 2017__      X _____
Signature of individual signing on behalf of debtor

__Claudia Chen__
Printed name

__Vice President, Finance__
Position or relationship to debtor

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy