IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>**ATOPTECH, INC.,**<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 17-10111 (MFW)<br><br>Re: Docket No. 60 |

**CERTIFICATE OF COUNSEL REGARDING DEBTOR'S APPLICATION TO EMPLOY AND RETAIN DORSEY & WHITNEY LLP AS BANKRUPTCY COUNSEL TO DEBTOR AND DEBTOR IN POSSESSION PURSUANT TO BANKRUPTCY CODE SECTIONS 327(E), 328(A), AND 1107(B) OF THE BANKRUPTCY CODE *NUNC PRO TUNC* TO THE PETITION DATE**

The undersigned proposed counsel to the above-captioned debtor and debtor-in-possession (the "Debtor") hereby certifies as follows:

1. On January 20, 2017, the Debtor filed the Debtor's Application to Employ and Retain Dorsey & Whitney LLP as Bankruptcy Counsel to Debtor and Debtor in Possession Pursuant to Bankruptcy Code Sections 327(e), 328(a), and 1107(b) of the Bankruptcy Code *Nunc Pro Tunc* to the Petition Date [Docket No. 60] (the "Application") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").  A form of proposed order granting the Application was attached to the Application.

2. Objections, if any, to the Application were required to have been filed with the Bankruptcy Court and served no later than 4:00 p.m. on February 6, 2017 (the "Objection Deadline").

3. Prior to the Objection Deadline, the Office of the United States Trustee (the "U.S. Trustee") provided informal comments regarding the Application.

---

[1] The last four digits of the Debtor's federal tax identification number are 1945.  The Debtor's headquarters and mailing address is 2111 Tasman Drive, Santa Clara, CA 95054.

4811-4928-4418/1

4.  The Debtor has revised the form of proposed order granting the Application to incorporate the U.S. Trustee's comments regarding the Application. A copy of the revised form of proposed order granting the Application ("Revised Order") is attached hereto as **Exhibit A**. A blackline reflecting changes from the form of proposed order attached to the Application is attached hereto as **Exhibit B**. The parties affected by the relief requested in the Application have reviewed these changes.

5.  The Debtor respectfully requests that the Bankruptcy Court enter the Revised Order at the convenience of the Court.

**Dated: February 8, 2017**  **DORSEY & WHITNEY (DELAWARE) LLP**

/s/ Robert W. Mallard
Eric Lopez Schnabel (DE Bar No. 3672)
Robert W. Mallard (DE Bar No. 4279)
Alessandra Glorioso (DE Bar No. 5757)
300 Delaware Avenue, Suite 1010
Wilmington, Delaware 19801
Telephone: (302) 425-7171
Facsimile: (302) 425-7177
E-mail: schnabel.eric@dorsey.com
          mallard.robert@dosey.com
          glorioso.alessandra@dorsey.com

DORSEY & WHITNEY LLP
Janet M. Weiss
51 West 52nd Street
New York, New York 10019
Telephone: (212) 415-9200
Facsimile: (212) 953-7201
E-mail: weiss.janet@dorsey.com

*Proposed Attorneys for ATopTech, Inc.*