IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>**ATOPTECH, INC.,**<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 17-10111 (MFW)<br><br>Hearing Date:  February 21, 2017 at 10:30 a.m. (EST)<br>Objection Deadline:  At the Hearing |

**NOTICE OF DEBTOR'S MOTION PURSUANT TO SECTIONS 105 AND 107(B) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 9018 FOR AUTHORITY TO FILE UNDER SEAL DEBTOR'S OMNIBUS RESPONSE TO OBJECTIONS TO (I) BID PROCEDURES MOTION, (II) KERP/KEIP MOTION, AND (III) COWEN AND COMPANY, LLC RETENTION APPLICATION, AND DECLARATION OF DR. HENRY CHANG IN RESPONSE TO DECLARATION OF DR. MATTHEW GUTHAUS**

**TO:  ALL PARTIES IN INTEREST**

**PLEASE TAKE NOTICE** that on February 16, 2017, the above-captioned debtor and debtor-in-possession (the "Debtor") filed the Debtor's Motion Pursuant to Sections 105 and 107(b) of the Bankruptcy Code and Bankruptcy Rule 9018 for Authority to File Under Seal Debtor's Omnibus Response to (I) Bid Procedures Motion, (II) KERP/KEIP Motion, and (III) Cowen and Company, LLC Retention Application, and Declaration of Dr. Henry Chang in Response to Declaration of Dr. Matthew Guthaus (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").  A copy of the Motion is being served contemporaneously herewith.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Motion must be presented at the hearing to be held on **February 21, 2017 at 10:30 a.m. (EST)** before the

---

[1]  The last four digits of the Debtor's federal tax identification number are 1945.  The Debtor's headquarters and mailing address is 2111 Tasman Drive, Santa Clara, CA 95054.

4845-3061-3827/1

Honorable Mary F. Walrath, United States Bankruptcy Judge, United States Bankruptcy Court, 824 Market Street, 5th Floor, Courtroom #4, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that, if you fail to respond in accordance with this notice, the Bankruptcy Court may grant the relief requested in the Motion without further notice or hearing.

| | |
|---|---|
| **Dated:  February 16, 2017** | **DORSEY & WHITNEY (DELAWARE) LLP** |
| | /s/  Robert W. Mallard |
| | Eric Lopez Schnabel (DE Bar No. 3672) |
| | Robert W. Mallard (DE Bar No. 4279) |
| | Alessandra Glorioso (DE Bar No. 5757) |
| | 300 Delaware Avenue, Suite 1010 |
| | Wilmington, Delaware 19801 |
| | Telephone: (302) 425-7171 |
| | Facsimile: (302) 425-7177 |
| | E-mail:  schnabel.eric@dorsey.com |
| |             mallard.robert@dosey.com |
| |             glorioso.alessandra@dorsey.com |
| | |
| | DORSEY & WHITNEY LLP |
| | Janet M. Weiss (*pro hac vice*) |
| | 51 West 52nd Street |
| | New York, New York 10019 |
| | Telephone: (212) 415-9200 |
| | Facsimile: (212) 953-7201 |
| | E-mail: weiss.janet@dorsey.com |
| | |
| | ***Attorneys for ATopTech, Inc.*** |