## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:

**ATOPTECH, INC.,**

Debtor.[1]

Chapter 11

Case No. 17-10111 (MFW)

## NOTICE OF *AMENDED*[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON FEBRURAY 21, 2017 AT 10:30 A.M. (EST)[3]

**MATTERS GOING FORWARD**

1.  Motion of the Debtor for Orders (I) Authorizing and Approving (A) Bidding Procedures, (B) Buyer Protections for Stalking Horse, (C) Procedures Related to the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (D) the Form and Manner of Notice; (II) Scheduling the Bid Deadline and Auction; (III) Authorizing and Approving (A) the Sale of Certain Assets Free and Clear of All Liens, Claims, Encumbrances and Interests and (B) the Assumption and Assignment of Certain Contracts and (IV) Granting Related Relief [Docket No. 32 – filed January 17, 2017]

    Related Pleadings:

    a.  Notice of Motion of the Debtor for Orders (I) Authorizing and Approving (A) Bidding Procedures, (B) Buyer Protections for Stalking Horse, (C) Procedures Related to the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (D) the Form and Manner of Notice; (II) Scheduling the Bid Deadline and Auction; (III) Authorizing and Approving (A) the Sale of Certain Assets Free and Clear of All Liens, Claims, Encumbrances and Interests and (B) the Assumption and Assignment of Certain Contracts and (IV) Granting Related Relief [Docket No. 50 – filed January 19, 2017]

---

[1]  The last four digits of the Debtor's federal tax identification number are 1945.  The Debtor's headquarters and mailing address is 2111 Tasman Drive, Santa Clara, CA 95054.

[2]  **Amended items appear in bold.**

[3]  The hearing will be held before the Honorable Mary F. Walrath at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 4, Wilmington, Delaware 19801.  Any person who wishes to appear telephonically at the First Day Hearing may contact Courtcall, LLC ("Courtcall") by telephone at 866-582-6878 or by facsimile at 866-533-2946 to register a telephonic appearance.  Approval from the Chambers of the Honorable Mary F. Walrath is not necessary for telephonic hearing participation through Courtcall. Requests will be accepted up to the time of the scheduled hearing.  When making a request, parties must provide the case name and number, name of Judge, hearing date and time, name, address, telephone number of participant, party whom participant represents, and matter on which the participant wishes to be heard or whether the participant intends to monitor the proceeding in "listen-only" mode.

b. Notice of Change of Hearing Date Regarding Motion of the Debtor for Orders (I) Authorizing and Approving (A) Bidding Procedures, (B) Buyer Protections for Stalking Horse, (C) Procedures Related to the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (D) the Form and Manner of Notice; (II) Scheduling the Bid Deadline and Auction; (III) Authorizing and Approving (A) the Sale of Certain Assets Free and Clear of All Liens, Claims, Encumbrances and Interests and (B) the Assumption and Assignment of Certain Contracts and (IV) Granting Related Relief [Docket No. 88 – filed February 7, 2017]

c. [SEALED] Debtor's Omnibus Response to (I) Bid Procedures Motion, (II) KERP/KEIP Motion, and (III) Cowen and Company, LLC Retention Application [Docket No.145 - filed under seal February 16, 2017]

d. Declaration of Robert W. Mallard in Support of Debtor's Omnibus Response to (I) Bid Procedures Motion, (II) KERP/KEIP Motion, and (III) Cowen and Company, LLC Retention Application [Docket No. 146 - filed February 16, 2017]

e. [SEALED] Declaration of Dr. Henry Chang in Response to Declaration of Dr. Matthew Guthaus [Docket No. 147 - filed under seal February 16, 2017]

Objection Deadline:  February 6, 2017 at 4:00 p.m. (EST); extended until February 13, 2017 at 5:00 p.m. (EST) for the Office of the United States Trustee and Synopsys, Inc..

Responses Received:

a. [SEALED] Synopsys' Objection to Motion of the Debtors for Orders (I) Authorizing and Approving (A) Bidding Procedures, (B) Buyer Protections for Stalking Horse, (C) Procedures Related to the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (D) the Form and Manner of Notice; (II) Scheduling the Bid Deadline and Auction; (III) Authorizing and Approving (A) the Sale of Certain Assets Free and Clear of All Liens, Claims, Encumbrances and Interests and (B) the Assumption and Assignment of Certain Contracts and (IV) Granting Related Relief [Docket No. 126 – filed under seal February 13, 2017]

b. Declaration of Krista S. Schwartz in Support of Objection of Synopsys, Inc. to the Debtor's Bidding Procedures and Related Objections [Docket No. 133 – filed February 13, 2017]

c. Declaration of Richard L. Wynne in Support of Objection of Synopsys, Inc. to the Debtor's Bidding Procedures and Related Objections [Docket No. 134 – filed February 13, 2017]

d. [SEALED] Declaration Of Dr. Matthew Guthaus in Support of the Objection of Synopsys, Inc. to the Debtor's Bidding Procedures and Related Objections [Docket No. 135 – filed under seal February 13, 2017]

    e.   United States Trustee's Objection to Motion of the Debtor for Orders (I) Authorizing and Approving (A) Bidding Procedures, (B) Buyer Protections for Stalking Horse, (C) Procedures Related to the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (D) the Form and Manner of Notice; (II) Scheduling the Bid Deadline and Auction; (III) Authorizing and Approving (A) the Sale of Certain Assets Free and Clear of All Liens, Claims, Encumbrances and Interests and (B) the Assumption and Assignment of Certain Contracts and (IV) Granting Related Relief [Docket No. 136 – filed February 13, 2017]

Status:  This matter is going forward.

2.   Application For An Order Authorizing Debtor To Retain And Employ Cowen And Company, LLC As Investment Banker, *Nunc Pro Tunc* To The Petition Date [Docket No. 58 - filed January 20, 2017]

Related Pleadings:

    a.   Notice of Change of Hearing Date Regarding Application For An Order Authorizing Debtor To Retain And Employ Cowen And Company, LLC As Investment Banker, *Nunc Pro Tunc* To The Petition Date [Docket No. 89 – filed February 7, 2107]

    b.   [SEALED] Debtor's Omnibus Response to (I) Bid Procedures Motion, (II) KERP/KEIP Motion, and (III) Cowen and Company, LLC Retention Application [Docket No.145 - filed under seal February 16, 2017]

    c.   Declaration of Robert W. Mallard in Support of Debtor's Omnibus Response to (I) Bid Procedures Motion, (II) KERP/KEIP Motion, and (III) Cowen and Company, LLC Retention Application [Docket No. 146 - filed February 16, 2017]

    d.   [SEALED] Declaration of Dr. Henry Chang in Response to Declaration of Dr. Matthew Guthaus [Docket No. 147 - filed under seal February 16, 2017]

Objection Deadline:  February 6, 2017 at 4:00 p.m. (EST); extended until February 13, 2017 at 5:00 p.m. (EST) for Synopsys, Inc.

Responses Received:

    a.   Objection of Synopsys, Inc. to Application for an Order Authorizing Debtor to Retain And Employ Cowen And Company, LLC As Investment Banker, *Nunc Pro Tunc* To The Petition Date [Docket No. 132 – filed February 13, 2017]

Status:  This matter is going forward.

3

3.  Debtor's Motion for Entry of an Order Approving Debtor's Key Employee Retention Program and Key Employee Incentive Program Pursuant to Sections 105, 363(b) and 503(c) of the Bankruptcy Code [Docket No. 66 – filed January 24, 2017]

    Related Pleadings:

    a.  Notice of Change of Hearing Date Regarding Debtor's Motion for Entry of an Order Approving Debtor's Key Employee Retention Program and Key Employee Incentive Program Pursuant to Sections 105, 363(b) and 503(c) of the Bankruptcy Code [Docket No. 90 – filed February 7, 2017]

    b.  [SEALED] Debtor's Omnibus Response to (I) Bid Procedures Motion, (II) KERP/KEIP Motion, and (III) Cowen and Company, LLC Retention Application [Docket No.145 - filed under seal February 16, 2017]

    c.  Declaration of Robert W. Mallard in Support of Debtor's Omnibus Response to (I) Bid Procedures Motion, (II) KERP/KEIP Motion, and (III) Cowen and Company, LLC Retention Application [Docket No. 146 - filed February 16, 2017]

    d.  [SEALED] Declaration of Dr. Henry Chang in Response to Declaration of Dr. Matthew Guthaus [Docket No. 147 - filed under seal February 16, 2017]

    Objection Deadline:  February 6, 2017 at 4:00 p.m. (EST); extended until February 13, 2017 at 5:00 p.m. (EST) for Synopsys, Inc., and until February 14 at 5:00 p.m. (EST) for the Office of the United States Trustee

    Responses Received:

    a.  Objection of Synopsys, Inc. to the Debtor's Key Employee Retention Program and Key Employee Incentive Program Pursuant to Sections 105, 363(b) and 503(c) of the Bankruptcy Code [Docket No. 131 – filed February 13, 2017]

    b.  United States Trustee's Objection to Debtor's Motion for Entry of an Order Approving Key Employee Retention Program and Key Employee Incentive Program Pursuant to Sections 105, 363(b) and 503(c) of the Bankruptcy Code [Docket No. 141 – filed February 14, 2017]

    Status:  This matter is going forward with respect to the KERP portion of the motion. The KEIP portion of the motion is adjourned to a date to be determined.

4.  Motion Pursuant To Sections 105 And 107(b) Of The Bankruptcy Code And Bankruptcy Rule 9018 For Authority To File Under Seal Portions Of Synopsys Bidding Procedures Objection And The Declaration Of Dr. Matthew Guthaus [Docket No. 124 – filed February 13, 2017]

    Related Pleadings:

a. Notice of Hearing on Motion Pursuant To Sections 105 And 107(b) Of The Bankruptcy Code And Bankruptcy Rule 9018 For Authority To File Under Seal Portions Of Synopsys Bidding Procedures Objection And The Declaration Of Dr. Matthew Guthaus [Docket No. 138 – filed February 13, 2017]

Objection Deadline:  at the Hearing.

Responses Received:  None.

Status:  This matter is going forward.

5. Debtor's Motion Pursuant to Sections 105 and 107(b) of the Bankruptcy Code and Bankruptcy Rule 9018 for Authority to File Under Seal Debtor's Omnibus Response to (I) Bid Procedures Motion, (II) KERP/KEIP Motion, and (III) Cowen and Company, LLC Retention Application, and Declaration of Dr. Henry Chang in Response to Declaration of Dr. Matthew Guthaus [Docket No. 143 - filed February 16, 2017]

Related Pleadings:

a. Notice of Debtor's Motion Pursuant to Sections 105 and 107(b) of the Bankruptcy Code and Bankruptcy Rule 9018 for Authority to File Under Seal Debtor's Omnibus Response to (I) Bid Procedures Motion, (II) KERP/KEIP Motion, and (III) Cowen and Company, LLC Retention Application, and Declaration of Dr. Henry Chang in Response to Declaration of Dr. Matthew Guthaus [Docket No. 144 - filed February 16, 2017]

Objection Deadline:  at the Hearing.

Responses Received:  None.

Status:  This matter is going forward.

6. **Motion of Synopsys, Inc. for Leave to File a Sur-Reply to the Debtor's Omnibus Reply to Synopsys' Objections [Docket No. 154 – filed February 20, 2017]**

**Related Pleadings:**

a. **Declaration of Patrick T. Michael in Support of Synopsys' Sur-Reply to Debtor's Omnibus Response to Objections to (I) Bid Procedures Motion, (II) KERP/KEIP Motion, and (III) Cowen and Company, LLC Retention Application [Docket No. 155 – filed February 20, 2017]**

**Objection Deadline:  (None specified.)**

**Responses Received:  None.**

**Status:  This matter is going forward.**

4841-4744-1987/1

Dated:  February 20, 2017          **DORSEY & WHITNEY (DELAWARE) LLP**

/s/  Robert W. Mallard
Eric Lopez Schnabel (DE Bar No. 3672)
Robert W. Mallard (DE Bar No. 4279)
Alessandra Glorioso (DE Bar No. 5757)
300 Delaware Avenue, Suite 1010
Wilmington, Delaware 19801
Telephone: (302) 425-7171
Facsimile: (302) 425-7177
E-mail:  schnabel.eric@dorsey.com
         mallard.robert@dorsey.com
         glorioso.alessandra@dorsey.com

DORSEY & WHITNEY LLP
Janet M. Weiss
51 West 52nd Street
New York, New York 10019
Telephone: (212) 415-9200
Facsimile: (212) 953-7201
E-mail: weiss.janet@dorsey.com

***Proposed Attorneys for ATopTech, Inc.***