## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>**ATOPTECH, INC.,**<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 17-10111 (MFW)<br><br>Re: Docket No. 66 |

### ORDER APPROVING DEBTOR'S KEY EMPLOYEE RETENTION PROGRAM PURSUANT TO SECTIONS 105, 363(B) AND 503(C) OF THE BANKRUPTCY CODE

The Court having reviewed the DEBTOR'S MOTION FOR ENTRY OF AN ORDER APPROVING DEBTOR'S KEY EMPLOYEE RETENTION PROGRAM AND KEY EMPLOYEE INCENTIVE PROGRAM PURSUANT TO SECTIONS 105, 363(B) AND 503(C) OF THE BANKRUPTCY CODE (the "Motion") dated January 24, 2017, of ATopTech, Inc. (the "Debtor"), the debtor and debtor in possession in this bankruptcy case, for an order authorizing the Debtor to implement the Compensation Programs[2] pursuant to sections 503(c) and 363(b) of title 11 of the United States Code (the "Bankruptcy Code"), as the Motion relates to the Key Employee Retention Program ("KERP"); the Court finding that (i) it has jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware* dated February 29, 2012; (ii) consideration of the Motion and the requested relief constitutes a core proceeding pursuant to 28 U.S.C. § 157(b); (iii) venue is proper in this district pursuant to 28 U.S.C. sections 1408 and 1409; and (iv) notice of the Motion and the opportunity for a hearing was sufficient under the circumstances; the Court having held a hearing on the Motion, with respect to the KERP, and all objections, if any, to the KERP having been withdrawn, resolved or overruled; the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein, that the adoption of the KERP represents the sound business judgment of the Debtor, that the facts and circumstances of this chapter 11 case justify implementing the

---

[1] The last four digits of the Debtor's federal tax identification number are 1945. The Debtor's headquarters and mailing address is 2111 Tasman Drive, Santa Clara, CA 95054.

[2] Capitalized terms not otherwise defined herein have the meanings ascribed to them in the Motion.

KERP, and that the relief requested in the Motion with respect to the KERP is in the best interests of the Debtor and its estate and creditors; and after due deliberation and good and sufficient cause having been shown,

**IT IS HEREBY ORDERED THAT:**

1.      The Motion is GRANTED, with respect to the KERP;

2.      The terms of the KERP are approved;

3.      The Debtors are authorized to adopt and implement the KERP;

4.      The Debtors are authorized to take any and all actions necessary or appropriate to implement the KERP and to perform any and all obligations contemplated thereunder;

5.      Notwithstanding any applicability of Bankruptcy Rule 6004(h), the terms and provisions of this Order shall be immediately effective and enforceable upon its entry; and

6.      This Court retains jurisdiction with respect to all matters arising from or related to the enforcement of this Order.

Dated:    Feb. 21    , 2017
        Wilmington, Delaware

THE HONORABLE MARY F. WALRATH
UNITED STATES BANKRUPTCY JUDGE