IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>**ATOPTECH, INC.,**<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 17-10111 (MFW)<br><br>Re: Docket No. 58 |

**CERTIFICATION OF COUNSEL REGARDING
APPLICATION FOR AN ORDER AUTHORIZING DEBTOR
TO RETAIN AND EMPLOY COWEN AND COMPANY, LLC AS INVESTMENT
BANKER, *NUNC PRO TUNC* TO THE PETITION DATE**

The undersigned counsel to the above-captioned debtor and debtor-in-possession (the "Debtor") hereby certifies as follows:

1. On January 20, 2017, the Debtor filed the *Application for an Order Authorizing the Debtor to Retain and Employ Cowen and Company, LLC as Investment Banker, Nunc Pro Tunc to the Petition Date* [Docket No. 58] (the "Application") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). A form of proposed order granting the Application was attached to the Application.

2. Objections, if any, to the Application were required to have been filed with the Bankruptcy Court and served no later than 4:00 p.m. on February 6, 2017 (the "Objection Deadline"). The Objection Deadline was extended until February 13, 2017 at 5:00 p.m. (EST) for Synopsys, Inc. ("Synopsys").

3. Prior to the Objection Deadline, the Office of the United States Trustee (the "U.S. Trustee") provided informal comments regarding the Application.

---

[1] The last four digits of the Debtor's federal tax identification number are 1945. The Debtor's headquarters and mailing address is 2111 Tasman Drive, Santa Clara, CA 95054.

4. On February 13, 2017, Synopsys filed an objection [Docket No. 32] to the Application.

5. A hearing on the Application was held on February 21, 2017, at which time the Court directed the Debtor to submit a revised form of order under certification of counsel.

6. The Debtor has revised the form of proposed order granting the Application to incorporate comments of the U.S. Trustee and Synopsys regarding the Application. A copy of the revised form of proposed order granting the Application ("Revised Order") is attached hereto as **Exhibit A**. A blackline reflecting changes from the form of proposed order attached to the Application is attached hereto as **Exhibit B**. The parties affected by the relief requested in the Application have reviewed these changes.

7. The Debtor respectfully requests that the Bankruptcy Court enter the Revised Order at the convenience of the Court.

**Dated: February 22, 2017**          **DORSEY & WHITNEY (DELAWARE) LLP**

/s/ Robert W. Mallard
Eric Lopez Schnabel (DE Bar No. 3672)
Robert W. Mallard (DE Bar No. 4279)
Alessandra Glorioso (DE Bar No. 5757)
300 Delaware Avenue, Suite 1010
Wilmington, Delaware 19801
Telephone: (302) 425-7171
Facsimile: (302) 425-7177
E-mail: schnabel.eric@dorsey.com
          mallard.robert@dosey.com
          glorioso.alessandra@dorsey.com

DORSEY & WHITNEY LLP
Janet M. Weiss
51 West 52nd Street
New York, New York 10019
Telephone: (212) 415-9200
Facsimile: (212) 953-7201
E-mail: weiss.janet@dorsey.com

*Attorneys for ATopTech, Inc.*