# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

## Minute Entry

### Hearing Information:

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | ATOPTECH, INC. | | |
| **Case Number:** | 17-10111-MFW | **Chapter:** | 11 |
| **Date / Time / Room:** | TUESDAY, FEBRUARY 21, 2017 10:30 AM   CRT#4, 5TH FL. | | |
| **Bankruptcy Judge:** | MARY F. WALRATH | | |
| **Courtroom Clerk:** | LAURIE CAPP | | |
| **Reporter / ECR:** | BRANDON MCCARTHY | | |

### Matters:

1) Bid Procedures
   **R / M #:**   156 / 0

2) KERP Motion
   **R / M #:**   0 / 0

### Appearances:

See attached sign-in sheet

### Proceedings:

Agenda Matters:
   Item 1 - Order due under Certification of Counsel
   Item 2 - Order due under Certification of Counsel
   Item 3 - Order entered
   Item 4 - Order entered
   Item 5 - Order entered
   Item 6 - Order entered