IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>**ATOPTECH, INC.,**<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 17-10111 (MFW)<br><br>Re: Docket No. 142 |

**CERTIFICATION OF COUNSEL REGARDING DEBTOR'S MOTION PURSUANT TO SECTIONS 105(a), 501, 502, 503 AND 1111(a) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 2002 AND 3003(c), AND LOCAL RULES 1009-2 AND 2002-1(e), (I) ESTABLISHING BAR DATES FOR FILING CLAIMS AND PROOFS OF INTEREST AGAINST THE DEBTOR AND (II) APPROVING THE FORM AND MANNER OF NOTICE THEREOF**

The undersigned counsel to the above-captioned debtor and debtor-in-possession (the "Debtor") hereby certifies as follows:

1. On February 15, 2017, the Debtor filed the Debtor's Motion Pursuant to Sections 105(a), 501, 502, 503 and 1111(a) of the Bankruptcy Code, Bankruptcy Rules 2002 and 3003(c), and Local Rules 1009-2 and 2002-1(e), (I) Establishing Bar Dates for Filing Claims and Proofs of Interest Against the Debtor and (II) Approving the Form and Manner of Notice Thereof [Docket No. 142] (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). A form of proposed order granting the Motion was attached to the Motion.

2. Objections, if any, to the Motion were required to have been filed with the Bankruptcy Court and served no later than 4:00 p.m. on March 1, 2017 (the "Objection Deadline").

---

[1] The last four digits of the Debtor's federal tax identification number are 1945. The Debtor's headquarters and mailing address is 2111 Tasman Drive, Santa Clara, CA 95054.

4834-2498-5156\1

2

3. Prior to the Objection Deadline, the Office of the United States Trustee (the "U.S. Trustee") provided informal comments regarding the Motion.

4. The Debtor has revised the form of proposed order granting the Motion to incorporate the U.S. Trustee's comments regarding the Motion. A copy of the revised form of proposed order granting the Motion ("Revised Order") is attached hereto as **Exhibit 1**. A blackline reflecting changes from the form of proposed order attached to the Motion is attached hereto as **Exhibit 2**.

5. The Debtor respectfully requests that the Bankruptcy Court enter the Revised Order at the convenience of the Court.

Dated:  March 6, 2017                    **DORSEY & WHITNEY (DELAWARE) LLP**

/s/  Robert W. Mallard
Robert W. Mallard (DE Bar No. 4279)
Alessandra Glorioso (DE Bar No. 5757)
300 Delaware Avenue, Suite 1010
Wilmington, Delaware 19801
Telephone: (302) 425-7171
Facsimile: (302) 425-7177
E-mail:  mallard.robert@dosey.com
         glorioso.alessandra@dorsey.com

DORSEY & WHITNEY LLP
Eric Lopez Schnabel (DE Bar No. 3672)
Janet M. Weiss
51 West 52nd Street
New York, New York 10019
Telephone: (212) 415-9200
Facsimile: (212) 953-7201
E-mail: schnabel.eric@dorsey.com
        weiss.janet@dorsey.com

*Attorneys for ATopTech, Inc.*