# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

## Minute Entry

### Hearing Information:

| | |
|---|---|
| **Debtor:** | ATOPTECH, INC. |
| **Case Number:** | 17-10111-MFW  **Chapter:** 11 |
| **Date / Time / Room:** | WEDNESDAY, APRIL 05, 2017 10:30 AM   CRT#4, 5TH FL. |
| **Bankruptcy Judge:** | MARY F. WALRATH |
| **Courtroom Clerk:** | LAURIE CAPP |
| **Reporter / ECR:** | BRANDON MCCARTHY |

### Matters:

1) Omnibus
   **R / M #:**   203 / 0

2) Sale
   **R / M #:**   0 / 0

### Appearances:

See attached sign-in sheet

### Proceedings:

Agenda Matters:
- Item 1 - Continued
- Item 2 - Order entered under CNO
- Item 3 - Status Conference held.  Sale hearing scheduled for May 12, 2017 at 11:30 am.