## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>**ATOPTECH, INC.,**<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 17-10111 (MFW)<br><br>Re: Docket No. 32 |

**CERTIFICATION OF COUNSEL REGARDING MOTION
OF DEBTOR FOR ORDERS (I) AUTHORIZING AND APPROVING (A) BIDDING
PROCEDURES, (B) BUYER PROTECTIONS FOR STALKING HORSE,
(C) PROCEDURES RELATED TO THE ASSUMPTION AND ASSIGNMENT OF
CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES; (D) THE FORM
AND MANNER OF NOTICE;(II) SCHEDULING THE BID DEADLINE AND
AUCTION (III) AUTHORIZING AND APPROVING (A) THE SALE OF CERTAIN
ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES AND
INTERESTS AND (B) THE ASSUMPTION AND ASSIGNMENT OF CERTAIN
CONTRACTS AND (IV) GRANTING RELATED RELIEF**

The undersigned counsel to the above-captioned debtor and debtor-in-possession (the

"Debtor") hereby certifies (the "Certification of Counsel ") as follows:

1.     On January 17, 2017, the Debtor filed the MOTION OF DEBTOR FOR ORDERS (I)

AUTHORIZING AND APPROVING (A) BIDDING PROCEDURES, (B) BUYER PROTECTIONS FOR

STALKING HORSE, (C) PROCEDURES RELATED TO THE ASSUMPTION AND ASSIGNMENT OF

CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES; (D) THE FORM AND MANNER OF

NOTICE;(II) SCHEDULING THE BID DEADLINE AND AUCTION (III) AUTHORIZING AND APPROVING

(A) THE SALE OF CERTAIN ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES

AND INTERESTS AND (B) THE ASSUMPTION AND ASSIGNMENT OF CERTAIN CONTRACTS AND (IV)

---

[1]  The last four digits of the Debtor's federal tax identification number are 1945.  The Debtor's headquarters and mailing address is 2111 Tasman Drive, Santa Clara, CA 95054.

GRANTING RELATED RELIEF [Docket No. 32] (the "Motion") [2] with the United States Bankruptcy

Court for the District of Delaware (the "Bankruptcy Court").

      2.      A hearing  (the "February Hearing") on the Motion with respect to the Bidding

Procedures was held on February 21, 2017.  At the February Hearing, the Bankruptcy Court

overruled objections to the Motion and approved the Bidding Procedures, subject to two changes

to the Bidding Procedures and other exhibits to the Motion:  (i) inclusion of language in the form

of notice of sale regarding the Permanent Injunction and Disposition Order entered in the

*Synopsys, Inc. v. ATopTech, Inc.*, Case No. 13-cv-02965-MMC litigation pending in the United

States District Court for the Northern District of California; and (ii) adjustment of the proposed

Break-Up Fee to no more than 3% of the purchase price and of the proposed Expense

Reimbursement to no more than 2% of the purchase price.  The Bankruptcy Court  directed the

Debtor to file revised exhibits to the Motion, including the proposed order approving the Bidding

Procedures ("Proposed Order"), under certification of counsel.

      3.      As discussed with the Court at the April 5, 2017 omnibus hearing, the Debtor has

amended, as required by the Court at the February Hearing, the exhibits to the Motion, including

the Proposed Order, to provide for a new Stalking Horse bidder and for a sale process ending

with a May 12, 2017 sale hearing.  Counsel for the Office of the United States Trustee and

Synopsys, Inc. were previously provided with the amended exhibits to the Motion, including the

Proposed Order, Synopsys' comments were agreed upon and incorporated into the documents,

and the undersigned counsel believes that neither party objects to entry of the Proposed Order.

      4.      Concurrently with filing this Certification of Counsel, the Debtor has filed for

each exhibit to the Motion, including the Proposed Order, a NOTICE OF REVISED EXHIBIT TO

MOTION OF DEBTOR FOR ORDERS (I) AUTHORIZING AND APPROVING (A) BIDDING PROCEDURES,

---

[2] Terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

(B) BUYER PROTECTIONS FOR STALKING HORSE, (C) PROCEDURES RELATED TO THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES; (D) THE FORM AND MANNER OF NOTICE;(II) SCHEDULING THE BID DEADLINE AND AUCTION (III) AUTHORIZING AND APPROVING (A) THE SALE OF CERTAIN ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES AND INTERESTS AND (B) THE ASSUMPTION AND ASSIGNMENT OF CERTAIN CONTRACTS AND (IV) GRANTING RELATED RELIEF (the "Notices of Revised Exhibits").  Each of the Notices of Revised Exhibits contains a clean copy of the applicable revised exhibit and a redline of the revised exhibit tracking changes to the originally filed exhibit.

5.      Attached hereto as Schedule 1is a clean, revised version of the Proposed Order with clean, revised exhibits thereto.  Attached hereto as Schedule 2 are a series of blacklines reflecting the changes between the Proposed Order and other exhibits as revised and the versions of the proposed order and other exhibits as originally attached to the Motion.

6.      To prevent duplicative service of documents to parties who have requested service of pleadings filed in this case, the Notices of Revised Exhibits will be served to such parties, but this Certification of Counsel will be served without copies of Schedules 1 and 2 to such parties.

7.      The Debtor respectfully requests that the Bankruptcy Court enter the revised Proposed Order, with revised exhibits thereto, at the earliest convenience of the Court.  Upon entry of such Proposed Order, the Debtor will promptly provide service of the pleadings to applicable parties in interest to notice the auction and sale process and to prepare for the May 12 2017, sale hearing.

8.      Counsel remains available at the Court's convenience for any questions regarding the foregoing.

Dated:  April 19, 2017                          **DORSEY & WHITNEY (DELAWARE) LLP**

/s/  Eric Lopez Schnabel
Robert W. Mallard (DE Bar No. 4279)
Alessandra Glorioso (DE Bar No. 5757)
300 Delaware Avenue, Suite 1010
Wilmington, Delaware 19801
Telephone: (302) 425-7171
Facsimile: (302) 425-7177
E-mail:  mallard.robert@dosey.com
            glorioso.alessandra@dorsey.com

DORSEY & WHITNEY LLP
Eric Lopez Schnabel (DE Bar No. 3672)
Janet M. Weiss
51 West 52nd Street
New York, New York 10019
Telephone: (212) 415-9200
Facsimile: (212) 953-7201
E-mail: schnabel.eric@dorsey.com
            weiss.janet@dorsey.com

*Attorneys for ATopTech, Inc.*