# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>**ATOPTECH, INC.,**<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 17-10111 (MFW)<br><br>Re: Docket No. 227 |

**NOTICE OF WITHDRAWAL OF CERTIFICATION OF COUNSEL REGARDING MOTION OF DEBTOR FOR ORDERS (I) AUTHORIZING AND APPROVING (A) BIDDING PROCEDURES, (B) BUYER PROTECTIONS FOR STALKING HORSE, (C) PROCEDURES RELATED TO THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES; (D) THE FORM AND MANNER OF NOTICE;(II) SCHEDULING THE BID DEADLINE AND AUCTION (III) AUTHORIZING AND APPROVING (A) THE SALE OF CERTAIN ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES AND INTERESTS AND (B) THE ASSUMPTION AND ASSIGNMENT OF CERTAIN CONTRACTS AND (IV) <u>GRANTING RELATED RELIEF</u>**

**PLEASE TAKE NOTICE** that on April 19, 2017, the above-captioned debtor and debtor in possession (the "<u>Debtor</u>") filed the Certification of Counsel Regarding Motion Of Debtor For Orders (I) Authorizing And Approving (A) Bidding Procedures, (B) Buyer Protections For Stalking Horse, (C) Procedures Related To The Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases; (D) The Form And Manner Of Notice; (II) Scheduling The Bid Deadline And Auction (III) Authorizing And Approving (A) The Sale Of Certain Assets Free And Clear Of All Liens, Claims, Encumbrances And Interests And (B) The Assumption And Assignment Of Certain Contracts And (IV) Granting Related Relief [Docket No 227] (the "Certification of Counsel").

**PLEASE TAKE FURTHER NOTICE** that the Debtor hereby withdraws the Certification of Counsel.

---

[1] The last four digits of the Debtor's federal tax identification number are 1945. The Debtor's headquarters and mailing address is 2111 Tasman Drive, Santa Clara, CA 95054.

4836-3630-4199\1

| | |
|---|---|
| **Dated:  April 21, 2017** | **DORSEY & WHITNEY (DELAWARE) LLP** |

<u>/s/   Alessandra Glorioso</u>
Robert W. Mallard (DE Bar No. 4279)
Alessandra Glorioso (DE Bar No. 5757)
300 Delaware Avenue, Suite 1010
Wilmington, Delaware 19801
Telephone: (302) 425-7171
Facsimile: (302) 425-7177
E-mail:  mallard.robert@dosey.com
            glorioso.alessandra@dorsey.com

DORSEY & WHITNEY LLP

Janet M. Weiss
Eric Lopez Schnabel (DE Bar No. 3672)
51 West 52nd Street
New York, New York 10019
Telephone: (212) 415-9200
Facsimile: (212) 953-7201
E-mail: schnabel.eric@dorsey.com
           weiss.janet@dorsey.com

***Attorneys for ATopTech, Inc.***