IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>**ATOPTECH, INC.,**<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 17-10111 (MFW)<br><br>Re: Docket No. 237 |

**NOTICE OF WITHDRAWAL OF MOTION OF THE DEBTOR FOR A FINAL ORDER PURSUANT TO SECTIONS 105, 361, 362, 363(c), 364(c)(1), 364(c)(2), 364(d)(1), 364(e) AND 507 OF THE BANKRUPTCY CODE AUTHORIZING DEBTOR TO (A) OBTAIN POST-PETITION SECURED FINANCING FROM AVATAR INTEGRATED SYSTEMS, INC.; AND (B) PAY CERTAIN RELATED FEES AND CHARGES**

**PLEASE TAKE NOTICE** that on April 21, 2017, the above-captioned debtor and debtor in possession (the "Debtor") filed the Motion of the Debtor for a Final Order Pursuant to Sections 105, 361, 362, 363(c), 364(c)(1), 364(c)(2), 364(d)(1), 364(e) and 507 of the Bankruptcy Code Authorizing Debtor To (A) Obtain Post-Petition Secured Financing from Avatar Integrated Systems, Inc.; and (B) Pay Certain Related Fees And Charges [Docket No. 237](the "Motion").

**PLEASE TAKE FURTHER NOTICE** that the Debtor hereby withdraws the Motion.

Dated:  May 9, 2017                             **DORSEY & WHITNEY (DELAWARE) LLP**

/s/  Alessandra Glorioso
Robert W. Mallard (DE Bar No. 4279)
Alessandra Glorioso (DE Bar No. 5757)
300 Delaware Avenue, Suite 1010
Wilmington, Delaware 19801
Telephone: (302) 425-7171
Facsimile: (302) 425-7177
E-mail:  mallard.robert@dosey.com
             glorioso.alessandra@dorsey.com

---

[1]  The last four digits of the Debtor's federal tax identification number are 1945.  The Debtor's headquarters and mailing address is 2111 Tasman Drive, Santa Clara, CA 95054.

4831-5206-6888\1

2

DORSEY & WHITNEY LLP

Eric Lopez Schnabel (DE Bar No. 3672)
Janet M. Weiss
51 West 52nd Street
New York, New York 10019
Telephone: (212) 415-9200
Facsimile: (212) 953-7201
E-mail: schnabel.eric@dorsey.com
         weiss.janet@dorsey.com

***Attorneys for ATopTech, Inc.***

2