**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>**ATOPTECH, INC.,**<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 17-10111 (MFW) |

**NOTICE OF *SECOND AMENDED*[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON MAY 12, 2017 AT 11:30 A.M. (EST)[3]**

**CONTESTED MATTERS GOING FORWARD**

1. Motion of the Debtor for Orders (I) Authorizing and Approving (A) Bidding Procedures, (B) Buyer Protections for Stalking Horse, (C) Procedures Related to the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (D) the Form and Manner of Notice; (II) Scheduling the Bid Deadline and Auction; (III) Authorizing and Approving (A) the Sale of Certain Assets Free and Clear of All Liens, Claims, Encumbrances and Interests and (B) the Assumption and Assignment of Certain Contracts and (IV) Granting Related Relief [Docket No. 32 – filed January 17, 2017]

    Related Pleadings:

    a. Order (I) Authorizing And Approving (A) Bidding Procedures, (B) Buyer Protections For Stalking Horse, (C) Procedures Related To The Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases; (D) The Form And Manner Of Notice;(Ii) Scheduling The Bid Deadline And Auction (Iii) Authorizing And Approving (A) The Sale Of Certain Assets Free And Clear Of All Liens, Claims, Encumbrances And Interests And (B) The Assumption And Assignment Of Certain Contracts And (Iv) Granting Related Relief [Docket No. 234 – entered April 21, 2017]

---

[1] The last four digits of the Debtor's federal tax identification number are 1945.  The Debtor's headquarters and mailing address is 2111 Tasman Drive, Santa Clara, CA 95054.

[2] **Amended items appear in bold.**

[3] The hearing will be held before the Honorable Mary F. Walrath at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 4, Wilmington, Delaware 19801.  Any person who wishes to appear telephonically at the First Day Hearing may contact Courtcall, LLC ("Courtcall") by telephone at 866-582-6878 or by facsimile at 866-533-2946 to register a telephonic appearance.  Approval from the Chambers of the Honorable Mary F. Walrath is not necessary for telephonic hearing participation through Courtcall.  Requests will be accepted up to the time of the scheduled hearing.  When making a request, parties must provide the case name and number, name of Judge, hearing date and time, name, address, telephone number of participant, party whom participant represents, and matter on which the participant wishes to be heard or whether the participant intends to monitor the proceeding in "listen-only" mode.

b. Notice of Sale Procedures, Auction Date, and Sale Hearing [Docket No. 236 – filed April 21, 2017]

c. Notice of Service to Counterparties to Executory Contracts and Unexpired Leases of the Debtor that May be Assumed and Assigned [Docket No. 238 – filed April 21, 2017]

d. Notice of Filing of Fully Executed APA with Exhibits and Schedules [Docket No. 239 – filed April 21, 2017]

e. Notice of Filing of Non-Technical Amendment to Asset Purchase Agreement [Docket No. 249 – filed April 28, 2017]

f. Notice of Filing of Second Amendment to Asset Purchase Agreement [Docket No. 285 – filed May 4, 2017]

g. Notice of Filing of Amended Exhibit A to Notice to Counterparties to Executory Contracts and Unexpired Leases of the Debtor that May be Assumed and Assigned [Docket No. 286 – filed May 4, 2017]

h. Notice of Filing of Third Amendment to Asset Purchase Agreement [Docket No. 310 – filed May 9, 2017]

i. Notice of Successful Bidder and Auction Results [Docket No. 321 – filed May 10, 2017]

j. Debtor's Reply in Support of Motion of the Debtor for Orders (I) Authorizing and Approving (A) Bidding Procedures, (B) Buyer Protections for Stalking Horse, (C) Procedures Related to the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (D) the Form and Manner of Notice; (II) Scheduling the Bid Deadline and Auction; (III) Authorizing and Approving (A) the Sale of Certain Assets Free and Clear of All Liens, Claims, Encumbrances and Interests and (B) the Assumption and Assignment of Certain Contracts and (IV) Granting Related Relief [Docket No. 322 – filed May 10, 2017]

k. Supplemental Declaration of Randy Lederman in Support of the Motion of the Debtor for Orders (I) Authorizing and Approving (A) Bidding Procedures, (B) Buyer Protections for Stalking Horse, (C) Procedures Related to the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (D) the Form and Manner of Notice; (II) Scheduling the Bid Deadline and Auction; (III) Authorizing and Approving (A) the Sale of Certain Assets Free and Clear of All Liens, Claims, Encumbrances and Interests and (B) the Assumption and Assignment of Certain Contracts and (IV) Granting Related Relief [Docket No. 330 – filed May 11, 2017]

l. Declaration of Jue-Hsien Chern in Support of the Motion of the Debtor for Orders (I) Authorizing and Approving (A) Bidding Procedures, (B) Buyer Protections for Stalking Horse, (C) Procedures Related to the Assumption and Assignment of

    Certain Executory Contracts and Unexpired Leases, (D) the Form and Manner of Notice; (II) Scheduling the Bid Deadline and Auction; (III) Authorizing and Approving (A) the Sale of Certain Assets Free and Clear of All Liens, Claims, Encumbrances and Interests and (B) the Assumption and Assignment of Certain Contracts and (IV) Granting Related Relief [Docket No. 332 – filed May 12, 2017]

  **m. Declaration of Bill Lee in Support of the Sale of Substantially all the Assets of the Debtor to Avatar Integrated Systems, Inc. [Docket No. 334 – filed May 12, 2017]**

Objection Deadline:  May 5, 2017 at 4:00 p.m. (EST).  The deadline for Tasman East Parcel 56 Owner, LLC to file an objection with respect to Cure Costs and adequate assurance of future performance has been extended to May 26, 2017.

Responses Received:

  a. [SEALED] Declaration of Dr. Matthew Guthaus [Docket No. 291 – filed May 5, 2017]

  b. Motion Pursuant to Sections 105 and 107(b) of the Bankruptcy Code and Bankruptcy Rule 9018 for Authority to File Under Seal the Declaration of Dr. Matthew Guthaus [Docket No. 292 – filed May 5, 2017]

  c. Declaration of Arthur J. Gajarsa [Docket No. 293 – filed May 5, 2017]

  d. Declaration of Richard L. Wynne in Support of Synopsys' Objection to (I) Debtor's Proposed Sale to Avatar Integrated Systems, Inc. and (II) Motion to Obtain Post-Petition Secured Financing [Docket No. 294 – filed May 5, 2017]

  e. Declaration of Nicole Y. Lamb-Hale in Support of Synopsys' Objection to (I) Debtor's Proposed Sale to Avatar Integrated Systems, Inc. and (II) Motion to Obtain Post-Petition Secured Financing [Docket No. 295 – filed May 5, 2017]

  f. Declaration of Joseph Benkert in Support of Synopsys' Objection to (I) Debtor's Proposed Sale to Avatar Integrated Systems, Inc. and (II) Motion to Obtain Post-Petition Secured Financing [Docket No. 296 – filed May 5, 2017]

  g. Synopsys' Objection to (I) Debtor's Proposed Sale to Avatar Integrated Systems, Inc. and (II) Motion to Obtain Post-Petition Secured Financing [Docket No. 297 – filed May 5, 2017]

Status:  The Debtor and Synopsys have reached an agreement in principal that resolves Synopsys' sale objection.  This matter is going forward.

**Dated:  May 12, 2017**                    **DORSEY & WHITNEY (DELAWARE) LLP**

/s/  Robert W. Mallard
Robert W. Mallard (DE Bar No. 4279)
Alessandra Glorioso (DE Bar No. 5757)
300 Delaware Avenue, Suite 1010
Wilmington, Delaware 19801
Telephone: (302) 425-7171
Facsimile: (302) 425-7177
E-mail:  schnabel.eric@dorsey.com
            mallard.robert@dorsey.com
            glorioso.alessandra@dorsey.com


DORSEY & WHITNEY LLP
Eric Lopez Schnabel (DE Bar No. 3672)
Janet M. Weiss
51 West 52nd Street
New York, New York 10019
Telephone: (212) 415-9200
Facsimile: (212) 953-7201
E-mail: schnabel.eric@dorsey.com
            weiss.janet@dorsey.com

***Attorneys for ATopTech, Inc.***