# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

| | |
|---|---|
| **Debtor:** | ATOPTECH, INC. |
| **Case Number:** | 17-10111-MFW        **Chapter:** 11 |
| **Date / Time / Room:** | FRIDAY, MAY 12, 2017 11:30 AM   CRT#4, 5TH FL. |
| **Bankruptcy Judge:** | MARY F. WALRATH |
| **Courtroom Clerk:** | LAURIE CAPP |
| **Reporter / ECR:** | BRANDON MCCARTHY |

## *Matter:*

Sale

**R / M #:**   335 / 0

## *Appearances:*

See attached sign-in sheet

## *Proceedings:*

Agenda Matters:
  Item 1 - Order due under Certification of Counsel