IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>**ATOPTECH, INC.,**<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 17-10111 (MFW)<br><br>Re: Docket Nos. 32, 223, 239, 249, 285, 310, & 336 |

**NOTICE OF FILING OF AMENDED AND**
**RESTATED ASSET PURCHASE AGREEMENT**

**PLEASE TAKE NOTICE** that on January 17, 2017, the above-captioned debtor and debtor-in-possession (the "Debtor") filed the MOTION OF DEBTOR FOR ORDERS (I) AUTHORIZING AND APPROVING (A) BIDDING PROCEDURES, (B) BUYER PROTECTIONS FOR STALKING HORSE, (C) PROCEDURES RELATED TO THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES; (D) THE FORM AND MANNER OF NOTICE;(II) SCHEDULING THE BID DEADLINE AND AUCTION (III) AUTHORIZING AND APPROVING (A) THE SALE OF CERTAIN ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES AND INTERESTS AND (B) THE ASSUMPTION AND ASSIGNMENT OF CERTAIN CONTRACTS AND (IV) GRANTING RELATED RELIEF [Docket No. 32] (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").  A form of asset purchase agreement ("APA") was attached to the Motion as Exhibit C.

**PLEASE TAKE FURTHER NOTICE** that on April 21, 2017, the Debtor filed a fully executed version of the APA, with exhibits and schedules [Docket No. 239].  The APA was subsequently amended multiple times.  [Docket Nos. 249, 285, 310 & 336].

---

[1] The last four digits of the Debtor's federal tax identification number are 1945.  The Debtor's headquarters and mailing address is 2111 Tasman Drive, Santa Clara, CA 95054.

**PLEASE TAKE FURTHER NOTICE** that the Debtor has made certain further amendments to the APA to incorporate the prior separately filed amendments into one Amended and Restated Asset Purchase Agreement intended to supersede the versions of the APA and amendments at Docket Nos. 239, 249, 285, 310 & 336. A fully executed version of the Amended and Restated Asset Purchase Agreement, with exhibits and schedules, is attached hereto as Exhibit A.

| | |
|---|---|
| **Dated: May 18, 2017** | **DORSEY & WHITNEY (DELAWARE) LLP** |//

/s/ Robert W. Mallard
Robert W. Mallard (DE Bar No. 4279)
Alessandra Glorioso (DE Bar No. 5757)
300 Delaware Avenue, Suite 1010
Wilmington, Delaware 19801
Telephone: (302) 425-7171
Facsimile: (302) 425-7177
E-mail: mallard.robert@dorsey.com
glorioso.alessandra@dorsey.com

DORSEY & WHITNEY LLP
Eric Lopez Schnabel (DE Bar No. 3672)
Janet M. Weiss
51 West 52nd Street
New York, New York 10019
Telephone: (212) 415-9200
Facsimile: (212) 953-7201
E-mail: schnabel.eric@dorsey.com
weiss.janet@dorsey.com

*Attorneys for ATopTech, Inc.*